UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD,<br><br>        Defendants. | Civil Action No. 24-12283<br><br>REQUEST FOR ORAL ARGUMENT |

## **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Four Women Health Services, LLC ("Four Women") hereby moves for a preliminary injunction directing that Defendant Abundant Hope Pregnancy Resource Center Inc., d/b/a Attleboro Women's Health Center ("AWHC"), Catherine Roman, Nicole Carges, and Darlene Howard (collectively, "Defendants"), their respective agents, partners, employees, successors, assigns, and any persons in active concert or participation with them:

1. Cease and refrain from accessing any Four Women computer system, including Four Women's account pages on web-based platforms;

2. Cease and refrain from accessing, obtaining, or otherwise interfering with Four Women's communications with patients[1];

3. Refrain from using any information Defendants have already obtained from unlawfully intercepting communications between Four Women and its patients—

---

[1] As used herein, "patients" encompasses both existing and prospective Four Women patients.

1

including the identity and contact information of such patients—to contact or communicate with such patients; and

4. Specifically refrain from contacting or communicating with the Jane Does identified in the Complaint, whose contact information was obtained unlawfully.

In support of this Motion, Four Women relies upon its Memorandum of Law in Support of its Motion for a Preliminary Injunction, the Affidavit of Robert Knapp, and the Declaration of Emily Nash.

For the reasons set forth in the accompanying Memorandum, Four Women requests that the Court issue a preliminary injunction in the form of Four Women's Proposed Order Granting Its Motion for a Preliminary Injunction, attached as **Exhibit A** to the accompanying Memorandum.

Four Women requests oral argument on this Motion.

DATED:  September 5, 2024                          **Four Women Health Services, LLC,**

                                                   By its attorneys,


                                                   /s/ *Matthew Patton*
                                                   Matthew D. Patton (BBO No. 703798)
                                                   Law Office of Nicholas F. Ortiz, P.C.
                                                   One Boston Place, Suite 2600
                                                   Boston, MA 02108
                                                   (617) 338-9400
                                                   mdp@mass-legal.com

                                                   /s/ *Emily Nash*
                                                   Martha Coakley (BBO # 87300)
                                                   Emily J. Nash (BBO #696460)
                                                   Caroline Holliday (BBO #707301)
                                                   FOLEY HOAG LLP
                                                   155 Seaport Boulevard
                                                   Boston, MA 02210
                                                   Telephone: (617) 832-1000
                                                   Facsimile: (617) 832-7000
                                                   mcoakley@foleyhoag.com
                                                   enash@foleyhoag.com

                                                   Brenna Rosen (*pro hac vice forthcoming*)
                                                   FOLEY HOAG LLP
                                                   1301 Avenue of the Americas
                                                   New York, New York 10019
                                                   brosen@foleyhoag.com

**CERTIFICATE OF SERVICE**

      I, Matthew Patton, hereby certify that on September 5, 2024, I served the within document on Defendants at the following addresses:

Abundant Hope Pregnancy Resource Center Inc., d/b/a Attleboro Women's Health Center
152 Emory St. Unit 4
Attleboro, Massachusetts 02703

Catherine Roman
52 Rocky Knoll Road
North Attleboro, Massachusetts 02760

Nicole Carges
39 Raymond Tatro Ln.
North Attleboro, Massachusetts 02760

Darlene Howard
21 Williams Street
Mansfield, Massachusetts 02048

                                                */s/ Matthew Patton*
                                                Matthew Patton