UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD,<br><br>Defendants. | Case No.: 24-12283 |

**AFFIDAVIT OF ROBERT KNAPP**

I, Robert Knapp, hereby declare and state as follows:

1. I am the Senior Manager of Incident Response at Rapid7 in Austin, Texas. I make this declaration in support of Four Women Health Services, LLC's ("Four Women") Complaint against Abundant Hope Pregnancy Resource Center d/b/a Attleboro Women's Health Center ("AWHC"), Catherine Roman, Nicole Carges, and Darlene Howard (collectively, "Defendants"). I make this declaration from my personal knowledge of the facts set forth below, unless specifically indicated otherwise.

**I.    Educational & Professional Background**

2. I earned my degree in Computer Information Systems and Computer Forensics at Saginaw Valley State University in Saginaw, Michigan.

3. I began working in digital security in my role working at Quicken Loans in Detroit, Michigan, where I worked for three and a half years as an Information Security Analyst. As an

1

Information Security Analyst, I was responsible for leading analysis on high-visibility data security incidents to determine their impacts on targeted businesses.

4. I joined Rapid7 in 2017.

5. Rapid7 works with companies around the world to provide cybersecurity solutions by analyzing vulnerabilities, misconfigurations, and threat data to enable companies to inform, build, and improve their security programs.  Specifically, clients rely on Rapid7 for Managed Detection and Response ("MDR"), a service that prioritizes the handling of detection and response capabilities on behalf of the client.

6. I was hired in 2017 as an Incident Response Consultant and was promoted to a Senior Incident Response Consultant in 2018.  In these roles, I conducted digital forensic analysis and gap assessments relating to client security incidents, such as those relating to cloud and data security, application security, endpoint security, and a wide array of cyberattacks, including ransomware and malware attacks and Man-in-the-Middle (MITM) attacks.

7. In February 2020, I became a Principal Incident Response Consultant, in which role I developed incident response and management processes and procedures.

8. I currently serve as the Senior Manager of Incident Response, which role I have held since 2021.  I manage a global team of Incident Response Consultants and oversee the successful delivery of incident response services for approximately 2,000 MDR customers.

9. I have over ten years of experience investigating and assessing digital security risks and breaches.

    **II.**    **Four Women Engagement**

10. Rapid7 was engaged by Four Women in June 2024 to evaluate a suspected cybersecurity incident involving patient communications and data.

11. Rapid7 was informed that Four Women was aware of multiple instances in which Four Women patients received phone calls from AWHC on their cell phones shortly after communicating with Four Women to schedule appointments.

12. Rapid7 was engaged to assess Four Women's potential security risks associated with its web-based platforms and offer insight into possible explanations of how AWHC may have been accessing Four Women patient information, including names, phone numbers, and details about the appointments being made.

13. I handled the analysis directly, as part of my professional capacity while employed by Rapid7.  My investigation included a review and examination of Four Women's website, along with Four Women's account pages connected with electronic platforms managed by third-party vendors, Klara Technologies, Inc. ("Klara"), and to a lesser degree, Athenahealth, Inc. ("Athena").

**III.     Four Women's Web Presence**

14. Based on my review of Four Women's website and the web-based applications that are connected to its website, I developed the following understanding.

15. Four Women's website is a standard HTML web page accessible via desktop computer or mobile device.  It contains headers and title tags, body content, social media buttons, and images.

16. Four Women's website also contains a widget that allows prospective patients to click on it and make appointments or send messages to Four Women staff.  A widget is a small software component or application that can be used on multiple software platforms, often used to provide specific functions or to allow users to interact with an application.

17. The widget on Four Women's website is hosted by a platform managed by Klara and appears on Four Women's website as follows:



18. Klara is a third-party vendor that purports to offer a secure messaging platform for medical providers. It is cloud-based and can be most accurately described as "software as a service." Under the software as service model, the contracting entity, in this case Four Women, does not manage the platform. All data resides with Klara. It is my understanding that Klara owns or manages all the machines that store its data.

19. A prospective patient may book appointments using the Klara widget. When a prospective patient opts to make an appointment using the Klara widget on the Four Women website, she must select the service, provider, and date of her choice.

20. When a prospective patient opts to send a message to Four Women via the Klara widget on the Four Women website, she must provide her cell phone number so that Four Women staff may respond to her inquiry.

21. Four Women staff may then respond to the prospective patient using Four Women's Klara page, which is accessible via computer or mobile device.

22. The messages between inquiring patients and Four Women staff are not visible or stored anywhere on Four Women's website. These communications only appear on the Klara platform.

23. The appointment information—including the patient's name, phone number, and appointment type—is instantaneously uploaded to Athena, a third-party electronic health record system that Four Women uses to manage patient health records and information.

24. Athena, like Klara, is cloud-based and may best be described as "software as service." Athena manages Four Women's electronic medical records ("EMR") system.

25. The Athena platform stores patient records, appointments, and information, but does not include a function for patients to send or receive messages.

26. Communications between Four Women and patients made using the Klara messaging service are not linked to or stored on the Athena platform.

27. Four Women's patient visitation schedule resides on the Athena platform.

IV.   **Conclusion**

28. Based on my assessment of the information available to me, including Four Women's website and third-party web-based platforms, Rapid7 has concluded that the Klara platform and

Athena platform are the most likely points through which AWHC may have accessed Four Women patient information.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2024

                                                                                                                                             */s/ Robert Knapp*

                                                                                                                                              Robert Knapp