# EXHIBIT A

OCTOBER 30, 2023

Klara Phone Service from Four Women Health Services, Llc created this conversation at 1:25 PM

Message from Jane Doe 5  1:25 PM
Text Message

Hello I would like to schedule an ultrasound

Klara Automation from Four Women Health Services, Llc assigned this conversation to Unassigned at 1:25 PM

1:29 PM
Employee 1 at Four Women Health Services, Llc

Why are you looking for an ultrasound?

Read by Patient

from Four Women Health Services, Llc assigned this conversation to Closed at 1:29 PM

Read by Jane Doe 5 at 1:30 PM

Jane Doe 5

I tested positive on a home pregnancy test

Klara Automation from Four Women Health Services, Llc assigned this conversation to Unassigned at 1:30 PM

1:34 PM
Employee 1 at Four Women Health Services, Llc

When was the first day of your last period?

Read by Patient

Read by Jane Doe 5 at 1:36 PM

1:36 PM
Patient, Jane Doe 5

I don't recall

**Patient, Jane Doe 5**

Perhaps around 9/1

**Employee 1** — 1:40 PM at Four Women Health Services, Llc

We have appointments on Wednesday, Thursday or Friday this week.

*Read by Patient*

Read by Jane Doe 5 at 1:55 PM

**Patient, Jane Doe 5** — 1:55 PM

Hi ▮▮▮▮ I received a call from someone at your office and I scheduled an appointment for Thursday morning at 9:15

**Employee 1** — 2:17 PM at Four Women Health Services, Llc

No one in our office called you. You must have made an appointment with Attleboro Women's Health which is a crisis pregnancy center next door. We don't see patients on Thursday morning. What number called you?

*Read by Patient*

Read by Jane Doe 5 at 2:22 PM

**Patient, Jane Doe 5** — 2:22 PM

She did say she was right next door to you


Patient, Jane Doe 5  2:48 PM

Hello here is a screenshot of the text that I received from the other health center


Patient, Jane Doe 5  2:48 PM

Your appointment at Attleboro Women's Health Center has been scheduled for Thursday 11/2/2023 at 9:15am. Please bring a picture ID. Please call if you are unable to keep your appointment. We are located at 152 Emory Street, Unit #4 in Attleboro. Our telephone number is 508-455-0172. See you then. Thank you!

Disclaimer: While all information you share with us is confidential there are inherit risks when submitting information using technology that a third party could read. If you are uncomfortable texting, please call us at 508-455-0172

 2:51 PM
Employee 2 at Four Women Health Services, Llc

Thank you for sharing that. We will be following up with the AG's office about this

Read by Patient

Read by  Jane Doe 5 at 2:52 PM

 2:53 PM
Patient, Jane Doe 5

The only other place where I provided my contact information was on a website carafem.com

 2:54 PM
Patient, Jane Doe 5

That website provides abortion medicine via an online provider, perhaps they have a way of retrieving that information

 2:56 PM
Employee 2 at Four Women Health Services, Llc

Ok. I appreciate all the info. That site should also be secure.

Read by Patient

Read by Jane Doe 5 at 2:57 PM