# EXHIBIT B

MAY 1, 2024

Klara Phone Service from Four Women Health Services, Llc created this conversation at **9:05 AM**

Message from Jane Doe 6    9:05 AM
Text Message

Shedule an appointment

Klara Automation from Four Women Health Services, Llc assigned this conversation to Unassigned **at 9:05 AM**

Employee 3    9:07 AM
at Four Women Health Services, Llc

medication or surgery

`Read by Patient`

Read by Jane Doe 6 at **9:08 AM**



| | 9:08 AM |
|---|---|
| Patient, Jane Doe 6 | |

Medication

---

Employee 3   9:12 AM
at Four Women Health Services, Llc

when was your last period?

`Read by Patient`

Read by Jane Doe 6 at 9:16 AM

---

9:16 AM
Patient, Jane Doe 6

March 15

---

Employee 3   9:18 AM
at Four Women Health Services, Llc

we have appointment this saturday or next wednesday, friday, saturday


Patient, Jane Doe 6 — 9:20 AM

Saturday


Patient, Jane Doe 6 — 9:20 AM

This Saturday

Employee 3 — 9:30 AM
 at Four Women Health Services, Llc

We can do 2:30 pm this Saturday

`Read by Patient`

Read by Jane Doe 6  at 9:30 AM

**Patient,** Jane Doe 6 — 9:31 AM

Ok it will work for me.

*[redacted] linked this patient with [redacted] at 10:06 AM*

Employee 3 at Four Women Health Services, Llc — 10:09 AM

all set.

`Read by Patient`

Employee 3 at Four Women Health Services, Llc — 10:09 AM

if you would like to use insurance, upload here

⬆ Primary Insurance Card — Pending