# EXHIBIT D

# Crisis Pregnancy Center Complaint Form

*So-called "crisis pregnancy centers" (or "CPCs") are not reproductive healthcare clinics and are often run by anti-abortion proponents. They frequently give pregnant people incomplete or inaccurate information or use other tactics to prevent you from considering all of your options or obtaining an abortion. The Massachusetts Attorney General's Office is collecting information about CPCs and how they impact pregnant people seeking abortion care or information about abortion care. To help with these efforts, we would appreciate you providing us with the following information about your experience with a CPC. If you have questions about this form or would prefer to speak directly with the Massachusetts Attorney General's Office about your experience at a CPC rather than complete this form, please contact the Civil Rights Division at (617) 963-2917.*

Name of person making report: _____

Address: _____

Phone: _____

Email: _____

If we need to contact you, can we leave a message for you at this number?   Yes / No

Role of person making report:
- __ Patient
- __ Family/Friend of Patient
- __ Provider/Staff
- __ Other: _____

Name of CPC: _____

Address: _____

How did you first hear about the CPC?
- __ Social Media ___
- __ Internet Search
- __ Signs
- __ In Person Interaction Outside CPC
- __ Other: _____

Please describe your experience:

Patient called to make appointment and chose option to make appointment online. She made appointment

(Please continue →)

~~for saturday for surgical procedure.~~ Pt communicated with staff using Klara. ~~for~~ Within 2 minutes of last communication w/ us the patient got a call from Attleboro Women's health at 10:11am the caller stated "the she recieved the patients online request for appointment" ~~and we will schedule you for an ultrasound to confirm that you are pregnant and the viability.~~

→ They asked what method and she stated medication appt. They then told her that it is required to do an u/s to confirm preg & viability.

(Please continue →)