# EXHIBIT E

AUGUST 31, 2023

**Klara Assistant** 7:15 PM
Bot at Four Women Health Services, Llc

👋 Hi,

Welcome to our practice. We use Klara because it is a smart, easy, and secure way to communicate with patients. Please use Klara to contact us, since we will be able to respond more quickly than over the phone. Please only use your personal cell phone number. It is your unique identifier in the system.

Please first acknowledge this invitation by responding with, "Hello".

Additionally, if you haven't submitted a photo of your insurance card and photo ID, please do so here.

This message is to confirm your upcoming appointment with ▬▬▬▬ on 09/06/2023 at 12:45 PM.

We are located at 150 Emory Street, Attleboro, MA 02703. We are in the large yellow (top)/green (bottom) building with white columns in the back of the parking lot. There is plenty of parking. (Please check the Four Women facebook page for pictures.) We are NOT Attleboro Women's Health nor are we affiliated with them.

We have attached paperwork for you to complete at your convenience. Please feel free to send it back to us here.

Thank you and have a great day!

**Klara Assistant** 6:16 PM
Bot at Four Women Health Services, Llc

Hi,

This is a reminder that you have your next appointment scheduled on 09/06/2023 at 12:45 PM with  Please reply to this message to confirm this appointment.

**If you haven't already, please send a photo of the front and back of your insurance card for verification prior to your appointment.**

Due to space restrictions you may spend some time waiting in your car. No children are permitted in the office. You must bring a valid photo ID and your insurance card if you're using it. If you have any questions prior to your appointment do not hesitate to contact us here or call the office at 508-222-7555.

Thank you.
The Team at Four Women Health Services

📄 Patient Rights and Responsibilities 4W.doc.docx.pdf    [View]

 6:44 PM
Patient, Jane Doe 7

No



Klara Assistant from Four Women Health Services, Llc assigned this conversation to Unassigned at 6:44 PM

**Employee 2** at Four Women Health Services, Llc — 9:08 PM

No? Are you canceling?

*Read by Patient*

Read by Jane Doe 7 at 9:31 PM

**Patient, Jane Doe 7** — 9:32 PM

I thought we spoke on the phone. I needed this appointment for birth control. When I received a call back after booking she said they couldn't help me with that to contact my obgyn but they were doing a diaper give away. I thought I spoke to you?

**Employee 2** at Four Women Health Services, Llc — 9:49 PM

A diaper give away? That definitely would not have been us

*Read by Patient*

**Employee 2** at Four Women Health Services, Llc — 9:50 PM

Looks like your last appointment was a year ago. You need an apointment for a refill on your birth control. Perhaps you called the crisis pregnancy center?

*Read by Patient*

Read by Jane Doe 7 at 9:51 PM

**Employee 2** at Four Women Health Services, Llc — 9:52 PM

If you would like an appointment for birth control we can do that. If you'd like to cancel or reschedule let me know

*Read by Patient*