# EXHIBIT F

MAY 6, 2024

Klara Phone Service from Four Women Health Services, Llc created this conversation at 9:02 AM

Message from Jane Doe 8  9:02 AM
Text Message

I would like to schedule an appointment

Klara Automation from Four Women Health Services, Llc assigned this conversation to Unassigned at 9:02 AM

Employee 2  9:04 AM at Four Women Health Services, Llc

What for?

Read by Patient

Read by Jane Doe 8 at 9:30 AM

Jane Doe 8  9:30 AM
Patient,

Medical abortion