# EXHIBIT G

## Crisis Pregnancy Center Complai[nt]

*So-called "crisis pregnancy centers" (or "CPCs") are no[t]
clinics and are often run by anti-abortion proponents. The[y]
people incomplete or inaccurate information or use other
considering all of your options or obtaining an abortion.
General's Office is collecting information about CPCs an[d]
people seeking abortion care or information about aborti[on]
efforts, we would appreciate you providing us with the fol[lowing]
experience with a CPC. If you have questions about this f[orm]
directly with the Massachusetts Attorney General's Office
CPC rather than complete this form, please contact the C[...]
963-2917.*

Name of person making report:

Jane Doe 8

Address: _____

Phone: _____  If we need to contact you, can we leave a message for you at this number? Yes / No

Email: _____

Role of person making report:
- ✓ Patient
- ___ Family/Friend of Patient
- ___ Provider/Staff
- ___ Other: _____

Name of CPC: Attleboro Women's Health

Address: 152 Emory St Attleboro, MA

How did you first hear about the CPC?
- ___ Social Media
- ___ Internet Search
- ___ Signs
- ___ In Person Interaction Outside CPC
- ___ Other: _____

Please describe your experience: Because I was referred to 4 Womens by my OBGYN and the day of my appointment

(Please continue →)

Attleboro Womens Started calling my personal number I havent reach out to them at all. They tried setting me up with a ~~counselor~~ someone from their office to discuss my options after explicitly explaining that I did not ~~on~~ need there services

(Please continue →)

*If you allow us to share your complaint with law enforcement, the text of your complaint may be considered a public record, though generally, your name, address, and phone number will not be disclosed in response to a public records request.*

May we share your complaint with law enforcement?  (Yes) / No

Are you willing to talk to lawyers about your complaint?  (Yes) / No

Jane Doe 8

05/11/24
Date