UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC,<br>    Plaintiff<br><br>vs.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD,<br>    Defendants | CIVIL ACTION No: 1:24-CV-12283-JEK |

## **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DISCOVERY**

The Defendants hereby oppose the Plaintiff's Motion for Limited Expedited Discovery. As grounds therefor, the Defendants assign as follows:

1. In its memorandum in support of its motion, the Plaintiff has not presented any persuasive arguments as to why this case's discovery should be treated differently from the typical civil action brought before this Court.

2. That memorandum contains numerous admissions by the Plaintiff that it has no real evidence to support its allegations that the Defendants engaged in illegal wire-tapping and computer fraud.

3. The Plaintiff does not have a likelihood of success on its claim and therefore its motion for a preliminary injunction should be denied, thus nullifying its claimed justification for expedited discovery.

4. Despite the Plaintiff's claims, the Plaintiff's Requests for the Production of Documents and Interrogatories are not narrowly focused, are burdensome, and are not targeted simply to support the scope of a preliminary injunction.

5. The Defendants' arguments in opposition to Plaintiff's Motion for Limited Expedited Discovery are fully contained in the attached Memorandum in Support of Defendants' Opposition to Plaintiff's Motion for Limited Discovery.

The Defendants, Abundant Hope Pregnancy Resource Center, d/b/a Attleboro Women's Health Center, Catherine Roman, Nicole Carges, and Darlene Howard,
By Their Attorney,

/s/ Thomas M. Harvey
Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street, Suite 408
Arlington, MA  02476
Tel. 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com
BBO#: 225050

Dated: 9-23-2024

## CERTIFICATE OF SERVICE

I, Thomas M. Harvey, attorney for the Defendants, hereby certify that on September 23, 2024, I forwarded a copy of the following document:

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DISCOVERY

to the Plaintiff by E-mailing a copy of the same, to the following:

Matthew D. Patton, Esq.
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
mdp@mass-legal.com

Martha Coakley, Esq.
Emily J. Nash, Esq.
Caroline Holliday, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
mcoakley@foleyhoag.com
enash@foleyhoag.com

Brenna Rosen, Esq.
Foley Hoag LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

/s/ Thomas M. Harvey
Thomas M. Harvey