UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC,<br>   Plaintiff<br><br>vs.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD,<br>   Defendants | CIVIL ACTION No: 1:24-CV-12283-JEK |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant Abundant Hope Pregnancy Center, Inc., files the following Corporate Disclosure Statement:

Abundant Hope Pregnancy Center, Inc. has no parent corporation. No publicly held corporation owns more than 10% its stock.

                                                    The Defendants, Abundant Hope Pregnancy Resource Center, d/b/a Attleboro Women's Health Center, Catherine Roman, Nicole Carges, and Darlene Howard,
                                                    By Their Attorney,

                                                    /s/ Thomas M. Harvey
                                                    Thomas M. Harvey
                                                    Law Office of Thomas M. Harvey
                                                    22 Mill Street, Suite 408
                                                    Arlington, MA  02476
                                                    Tel. 617-710-3616; Fax 781-643-1126
                                                    tharveyesq@aol.com
                                                    BBO#: 225050

Dated: 9-23-2024

## CERTIFICATE OF SERVICE

    I, Thomas M. Harvey, attorney for the Defendants, hereby certify that on September 23, 2024, I forwarded a copy of the following document:

## CORPORATE DISCLOSURE STATEMENT

to the Plaintiff by E-mailing a copy of the same, to the following:

Matthew D. Patton, Esq.
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
mdp@mass-legal.com

Martha Coakley, Esq.
Emily J. Nash, Esq.
Caroline Holliday, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
mcoakley@foleyhoag.com
enash@foleyhoag.com

Brenna Rosen, Esq.
Foley Hoag LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

                                /s/ Thomas M. Harvey
                                Thomas M. Harvey