UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC,<br>   Plaintiff<br><br>vs.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD,<br>   Defendants | CIVIL ACTION No: 1:24-CV-12283-JEK |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

The Defendants hereby oppose the Plaintiff's Motion for A Preliminary Injunction. As grounds therefor, the Defendants assign as follows:

1. The Plaintiff does not have a likelihood of success on its claims and therefore its Motion for A Preliminary Injunction should be denied.

2. The injunction is not necessary because the Defendants have never used technological means to intercept communications between Four Women Health Services, LLC, and its patients or prospective patients. Nor has anyone on behalf of the Defendants ever infiltrated, or attempted to infiltrate, Four Women's electronic platforms.

3. The Plaintiff will not suffer irreparable harm if the injunction is not granted.

4. The Defendants' arguments in opposition to Plaintiff's Motion for A Preliminary Injunction are more fully contained in the attached Memorandum in Support of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction.

The Defendants, Abundant Hope Pregnancy
Resource Center, d/b/a Attleboro Women's Health
Center, Catherine Roman, Nicole Carges, and
Darlene Howard,
By Their Attorney,

/s/ Thomas M. Harvey
Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street, Suite 408
Arlington, MA  02476
Tel. 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com
BBO#: 225050

Dated: 9-27-24

## CERTIFICATE OF SERVICE

I, Thomas M. Harvey, certify that on September 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff by electronically serving its counsel of record.

/s/ Thomas M. Harvey
Thomas M. Harvey