UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC,<br>    Plaintiff<br><br>vs.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD,<br>    Defendants | CIVIL ACTION No: 1:24-CV-12283-JEK |

## **DEFENDANTS' ANSWER**

1. The Defendants deny the allegations of this paragraph.

2. The Defendants admit the allegations of the first sentence of this paragraph. The Defendants deny the allegations of the second sentence of this paragraph.

3. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

4. The Defendants deny the allegations of this paragraph.

5. The Defendants deny the allegations of this paragraph.

6. The Defendants admit the allegations of the first sentence of this paragraph. The Defendants deny the allegations of the second sentence of this paragraph.

7. The Defendants deny the allegations of the first two sentences of this paragraph. The Defendants lack information sufficient to form a belief about the truth of the remaining allegations of this paragraph.

8. The Defendants deny the allegations of this paragraph.

9. The Defendants deny the allegations of this paragraph.

10. The Defendants admit that, in 2018, after much effort, AWHC moved essentially next door to the Plaintiff's facility. The Defendants deny all the other allegations of this paragraph.

11. The Defendants deny the allegations of the first sentence of this paragraph. The Defendants lack information sufficient to form a belief about the truth of the remaining allegations of this paragraph.

12. The Defendants admit the allegations of the first sentence of this paragraph. The Defendants deny the allegations of the second sentence of this paragraph.

13. The Defendants deny the allegations of this paragraph.

14. The Defendants admit the allegations of this paragraph.

15. The Defendants admit the allegations of this paragraph.

16. The Defendants admit the allegations of this paragraph.

17. The Defendants admit the allegations of this paragraph.

18. The Defendants admit the allegations of this paragraph.

19. The Defendants deny the allegations of this paragraph.

20. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

21. The Defendants admit the allegations of this paragraph.

22. The Defendants admit the allegations of this paragraph.

23. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

24. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

25. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

26. The Defendants admit the allegations of this paragraph.

27. The Defendants admit the allegations of this paragraph, but state that clinic licensure is not required for medical offices involving one or more practitioners engaged in a solo or group practice.

28. The Defendants admit the allegations of this paragraph.

29. The Defendants admit the allegations of this paragraph.

30. The Defendants deny the allegations of this paragraph.

31. The Defendants admit the allegations of this paragraph.

32. The Defendants deny the allegations of the first three sentences of this paragraph. The Defendant admits to the truth and accuracy of the letters attached to the complaint as Exhibit A.

33. The Defendants deny the allegations of this paragraph.

34. The Defendants deny the allegations of this paragraph.

35. The Defendants admit the allegations of this paragraph.

36. The Defendants admit the allegations of this paragraph.

37. The Defendants deny the allegations of this paragraph.

38. The Defendants admit the allegations of this paragraph.

39. The Defendants admit the allegations of this paragraph.

40. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph

41. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

42. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

43. The Defendants deny the allegations of this paragraph.

44. The Defendants deny the allegations of this paragraph.

45. The Defendants deny the allegations of this paragraph.

46. The Defendants deny the allegations of this paragraph.

47. The Defendants admit the allegations of this paragraph.

48. The Defendants deny the allegations of this paragraph.

49. The Defendants deny the allegations of this paragraph.

50. The Defendants admit the allegations of the first two sentences of this paragraph. The Defendants lack information sufficient to form a belief about the truth of the allegations of the third sentence of this paragraph.

51. The Defendants deny the allegations of this paragraph.

52. The Defendants admit the allegations of this paragraph.

53. The Defendants admit the allegations of this paragraph.

54. The Defendants deny the allegations of this paragraph.

55. The Defendants deny the allegations of this paragraph.

56. The Defendants deny the allegations of this paragraph.

57. The Defendants lack information sufficient to form a belief about the truth of the allegations of the first sentence of this paragraph. The Defendants admit the allegations of the first two bullet points of this paragraph. The Defendants deny the allegations of the third bullet point of this paragraph.

58. The Defendants deny the allegations of this paragraph.

59. The Defendants deny the allegations of this paragraph.

60. The Defendants deny the allegations of this paragraph.

61. The Defendants deny the allegations of this paragraph.

62. The Defendants deny the allegations of this paragraph.

63. The Defendants deny the allegations of this paragraph.

64. The Defendants deny the allegations of this paragraph.

65. The Defendants deny the allegations of this paragraph.

66. The Defendants deny the allegations of this paragraph.

67. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

68. The Defendants lack information sufficient to form a belief about the truth of the allegations of the first sentence of this paragraph. The Defendants deny the allegations of the second sentence of this paragraph.

69. The Defendants lack information sufficient to form a belief about the truth of the allegations of the first sentence of this paragraph. The Defendants deny the allegations of the second sentence of this paragraph.

70. The Defendants deny the allegations of this paragraph.

71. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

72. The Defendants deny the allegations of this paragraph.

73. The Defendants deny the allegations of this paragraph.

74. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

75. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

76. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

77. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

78. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

79. The Defendants deny the allegations of this paragraph.

80. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

81. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

82. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

83. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

84. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

85. The Defendants deny the allegations of this paragraph.

86. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

87. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

88. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

89. The Defendants deny the allegations of this paragraph.

90. The Defendants deny the allegations of this paragraph.

91. The Defendants deny the allegations of this paragraph.

92. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

93. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

94. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

95. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

96. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

97. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

98. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

99. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

100. The Defendants deny the allegations of this paragraph.

101. The Defendants deny the allegations of this paragraph.

102. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

103. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

104. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

105. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

106. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

107. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

108. The Defendants deny the allegations of this paragraph.

109. The Defendants deny the allegations of this paragraph.

110. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

111. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

112. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

113. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

114. The Defendants admit the allegations of this paragraph.

115. The Defendants lack information sufficient to form a belief about the truth of the allegations of the first sentence of this paragraph. The Defendants deny the allegations of the second sentence of this paragraph. The Defendants lack information sufficient to form a belief about the truth of the allegations of the third sentence of this paragraph.

116. The Defendants deny the allegations of this paragraph.

117. The Defendants deny the allegations of this paragraph.

118. The Defendants deny the allegations of this paragraph.

119. The Defendants deny the allegations of the third sentence of this paragraph. The Defendants lack information sufficient to form a belief about the truth of the other allegations of this paragraph.

120. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

121. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

122. The Defendants deny the allegations of this paragraph.

123. The Defendants lack information sufficient to form a belief about the truth of the allegations of the third sentence of this paragraph. The Defendants deny all the other allegations of this paragraph.

124. The Defendants restate their answers to the allegations contained in paragraphs 1-121 of the complaint.

125. The Defendants admit the allegations of this paragraph.

126. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

127. The Defendants admit the allegations of this paragraph.

128. The Defendants deny the allegations of this paragraph.

129. The Defendants deny the allegations of this paragraph.

130. The Defendants deny the allegations of this paragraph.

131. The Defendants deny the allegations of this paragraph.

132. The Defendants deny the allegations of this paragraph.

133. The Defendants deny the allegations of this paragraph.

134. The Defendants deny the allegations of this paragraph.

135. The Defendants restate their answers to the allegations contained in paragraphs 1-132 of the complaint.

136. The Defendants deny the allegations of this paragraph.

137. The Defendants deny the allegations of this paragraph.

138. The Defendants deny the allegations of this paragraph.

139. The Defendants lack information sufficient to form a belief about the truth of the allegations of the last sentence of this paragraph. Otherwise, the Defendants deny the allegations of this paragraph.

140. The Defendants deny the allegations of this paragraph.

141. The Defendants deny the allegations of this paragraph.

142. The Defendants deny the allegations of this paragraph.

143. The Defendants deny the allegations of this paragraph.

144. The Defendants restate their answers to the allegations contained in paragraphs 1-141 of the complaint.

145. The Defendants admit the allegations of this paragraph.

146. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

147. The Defendants deny the allegations of this paragraph.

148. The Defendants deny the allegations of this paragraph.

149. The Defendants deny the allegations of this paragraph.

150. The Defendants deny the allegations of this paragraph.

151. The Defendants restate their answers to the allegations contained in paragraphs 1-148 of the complaint.

152. The Defendants deny the allegations of this paragraph.

153. The Defendants deny the allegations of this paragraph.

154. The Defendants deny the allegations of this paragraph.

155. The Defendants deny the allegations of this paragraph.

156. The Defendants admit the allegations of this paragraph.

157. The Defendants lack information sufficient to form a belief about the truth of the allegations of this paragraph.

158. The Defendants admit the allegations of this paragraph.

159. The Defendants admit the allegations of this paragraph.

160. The Defendants admit the allegations of this paragraph.

161. The Defendants deny the allegations of this paragraph.

162. The Defendants deny the allegations of this paragraph.

163. The Defendants deny the allegations of this paragraph.

164. The Defendants deny the allegations of this paragraph.

165. The Defendants deny the allegations of this paragraph.

The Defendants deny that the Plaintiff is entitled to judgment against them and deny that the Plaintiff is entitled to any relief against them.

## AFFIRMATIVE DEFENSES

The Plaintiff's complaint must be dismissed since the Defendants are not subject to M. G. L. ch. 93A, Sec. 11 because at no time were they engaged in trade or commerce.

The Plaintiff's complaint must be dismissed under Fed. R. Civ. P. 12(b)(6) because it failed to state claims upon which relief can be granted.

The Plaintiff's complaint must be dismissed because this court lacks subject matter jurisdiction over the Plaintiff's claims.

The Plaintiff's complaint must be dismissed because the Plaintiff lacks standing.

## DEMAND FOR JURY TRIAL

The Defendants demand a jury trial on all counts so triable.

> The Defendants, Abundant Hope Pregnancy Resource Center, d/b/a Attleboro Women's Health Center, Catherine Roman, Nicole Carges, and Darlene Howard,
> By Their Attorney,
>
> /s/ *Thomas M. Harvey*
> Thomas M. Harvey
> Law Office of Thomas M. Harvey
> 22 Mill Street, Suite 408
> Arlington, MA 02476
> Tel. 617-710-3616; Fax 781-643-1126
> tharveyesq@aol.com
> BBO#: 225050

Date: 9-29-24

## CERTIFICATE OF SERVICE

    I, Thomas M. Harvey, certify that on September 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiff by electronically serving its counsel of record.

*/s/ Thomas M. Harvey*
Thomas M. Harvey
