UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD,<br><br>Defendants. | Civil Action No.: 1:24-cv-12283-JEK |

**JOINT STATUS REPORT**

Plaintiff Four Women Health Services, LLC ("Four Women") and Defendants Abundant Hope Pregnancy Resource Center Inc. d/b/a Attleboro Women's Health Center ("Abundant Hope"), Catherine Roman, Nicole Carges, and Darlene Howard (collectively, "Defendants") provide the following Status Report regarding activity in this case.

1. On October 4, 2024, this Court issued an order granting in part Four Women's motion for limited expedited discovery and establishing a schedule for discovery and supplemental briefing in connection with Four Women's request for a preliminary injunction. ECF 40.

2. The parties engaged in discovery pursuant to the Court's order, including conducting Rule 30(b)(6) depositions of Abundant Hope and propounding third-party subpoenas

1

on Abundant Hope's telephone and text message providers. As of the date of this filing, there are two outstanding third-party subpoenas.

3. Based on the discovery exchanged during this limited expedited discovery period, in lieu of the supplemental briefing outlined in the Court's October 4 order, Four Women intends to request leave to amend its complaint.

4. Four Women's proposed amended complaint adds a new defendant, Choose Life Marketing, LLC ("Choose Life Marketing"), pursuant to Fed. R. Civ. P. 15.

5. In accordance with Rule 15.1 of the Court's Local Rules, Four Women has served a copy of its intended Motion for Leave to File Amended Complaint prior to filing the motion with this Court. Specifically, following several failed attempts to serve Choose Life Marketing in person, including an attempt on its registered agent, Choose Life Marketing was served via certified mail on December 6, 2024. *See* Fed. R. Civ. P. 5(b)(2)(C) ("A paper is served under this rule by mailing it to the person's last known address—in which event service is complete upon mailing.").

6. Four Women will file the motion with the Court on December 20, 2024.

7. Four Women and Defendants have conferred regarding Four Women's intentions with respect to amending its complaint, and Defendants do not object to the process outlined herein.

DATED:  December 6, 2024

**Four Women Health Services, LLC,**

By its attorneys,


/s/ *Matthew Patton*
Matthew D. Patton (BBO No. 703798)
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
(617) 338-9400
mdp@mass-legal.com

/s/ *Emily Nash*
Martha Coakley (BBO #87300)
Emily J. Nash (BBO #696460)
Caroline Holliday (BBO #707301)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mcoakley@foleyhoag.com
enash@foleyhoag.com

Brenna Rosen (*pro hac vice*)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com


**Abundant Hope Pregnancy Resource Center Inc., Catherine Roman, Nicole Carges, and Darlene Howard,**

By their attorney,

/s/ *Thomas M. Harvey*
Thomas M. Harvey (BBO No. 225050)
Law Office of Thomas M. Harvey
22 Mill Street, Suite 408
Arlington, MA 02476
Tel: (617) 710-3616; Fax: (781) 643-1126
tharveyesq@aol.com

**CERTIFICATE OF SERVICE**

      On December 6, 2024, I, Emily Nash, caused to be served the within on counsel for Defendants via ECF service.

                                                    */s/ Emily Nash*
                                                    Emily Nash