UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC,<br>    Plaintiff<br><br>vs.<br><br>ABUNDANT HOPE PREGNANCY<br>RESOURCE CENTER INC., d/b/a<br>ATTLEBORO WOMEN'S HEALTH<br>CENTER, CATHERINE ROMAN, NICOLE<br>CARGES, and DARLENE HOWARD,<br>    Defendants | CIVIL ACTION No: 1:24-CV-12283-JEK |

## DEFENDANTS' PRE-CONFERENCE STATUS REPORT

In response to the Pre-Conference Status Report submitted by the Plaintiff in anticipation of the December 12, 2024 video status conference set by the Court on December 10, 2024 (see ECF 45), the Defendants here submit this Defendants' Pre-Conference Status Report.

1. In the Plaintiff's Motion for Leave to File Amended Complaint, which it intends to file with the Court, it states: "Therefore, the Plaintiff seeks leave to amend its Complaint to add a new claim and add a new defendant." But that is not fully accurate. The proposed Amended Complaint and Jury Claim does not merely make those additions. Rather, it removes the crux of the Plaintiff's claims – that the Defendant engaged in computer fraud and illegal wiretapping - from its original complaint. Thus, Count I, an alleged violation of 18 U.S.C. Sec. 1030, Count II, an alleged violation of 18 U.S.C. 2510, and Count III, an alleged violation of M.G.L. c. 272, Sec. 99, have all been removed.

2. The drastic change from the original complaint to the proposed amended complaint, raises the question whether the original complaint and its prosecution were carried out in good faith or

whether they were merely used as a pretense to conduct discovery against the Defendants. If so, then it would seem to be a violation of F.R.C.P 11.

3. It would appear to be a pretense because the Plaintiff, prior to filing its Complaint, its Motion for a Preliminary Injunction, and its Motion for Limited Expedited Discovery to support the injunction, knew that its own computer security expert could find no evidence that the Defendants were involved in computer hacking. And the Plaintiff's Motion for a Preliminary Injunction was not even supported by any affidavits from the women (Jane Does #5 through #8) that the Plaintiff claims had their information stolen by the Defendants.

4. Almost two weeks prior to the two Rule 30 (b) (6) depositions of the Defendant corporation taken by the Plaintiff on November 1, 2024, the Plaintiff was provided documentation by the Defendants showing that the Jane Does initiated contact with the Defendant before ever contacting the Plaintiff. These documents disproved any computer hacking claims that the Defendants illegally obtained their information. The Plaintiff nonetheless proceeded with taking the depositions even though it knew its claims were baseless.

5. On November 27, 2024, the Defendants' counsel initially informed the Plaintiff's counsel that Defendants intended to file a Summary Judgment Motion. The Plaintiff's counsel responded that it intended to file a motion to amend its complaint. The Defendants' counsel decided to hold off on the Summary Judgment Motion until the proposed amended complaint could be reviewed. Upon review, the Defendants' counsel, for the above stated reasons, determined that Plaintiff's Motion to Amend could be denied and that it would be appropriate to file a Summary Judgment motion.

6. In sum, the Defendants believe they have good grounds to oppose the Plaintiff's Motion for Leave to File Amended Complaint, and good grounds for a Summary Judgment Motion. And thus the Defendants dispute that there is a mootness issue.

>                           The Defendants, Abundant Hope Pregnancy
>                           Resource Center, d/b/a Attleboro Women's Health
>                           Center, Catherine Roman, Nicole Carges, and
>                           Darlene Howard,
>                           By Their Attorney,
>
>                           /s/ Thomas M. Harvey
>                           Thomas M. Harvey
>                           Law Office of Thomas M. Harvey
>                           22 Mill Street, Suite 408
>                           Arlington, MA  02476
>                           Tel. 617-710-3616; Fax 781-643-1126
>                           tharveyesq@aol.com
>                           BBO#: 225050

Date:  12-12-24

## CERTIFICATE OF SERVICE

I, Thomas M. Harvey, attorney for the Defendants, on December 12, 2024, served the within on below counsel for the Plaintiff via ECF service.

Matthew D. Patton, Esq.
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
mdp@mass-legal.com

Martha Coakley, Esq.
Emily J. Nash, Esq.
Caroline Holliday, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
mcoakley@foleyhoag.com
enash@foleyhoag.com

Brenna Rosen, Esq.
Foley Hoag LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

>                           /s/ Thomas M. Harvey
>                           Thomas M. Harvey

3