# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FOUR WOMEN HEALTH SERVICES, LLC

              Plaintiff,

v.

ABUNDANT HOPE PREGNANCY
RESOURCE CENTER INC. d/b/a ATTLEBORO
WOMEN'S HEALTH CENTER, CATHERINE
ROMAN, NICOLE CARGES, and DARLENE
HOWARD,

              Defendants.

**AFFIDAVIT OF** [Jane Doe 5]

I, [Jane Doe 5], hereby declare and state as follows:

1. I am a resident of the [REDACTED].

2. On October 30, 2023, I did a Google search for abortion care providers near me, which led me to the website of Four Women Health Services, LLC ("Four Women"). I intended to pay for the reproductive healthcare services for which I was searching.

3. On or about 1:25 p.m. on October 30, I completed the form on Four Women's website to send a message to Four Women asking to schedule an ultrasound.

4. I communicated with Four Women by sending and receiving messages on the web browser on my cell phone.

5. At 1:40 p.m., Four Women told me it had appointments on Wednesday, Thursday, or Friday that week.

1

6. Within minutes, I received a phone call from a phone number I did not recognize, but my iPhone indicated to me that the caller was in Attleboro, Massachusetts.

7. The phone number calling me was (508) 455-0172.

8. I answered the phone, believing the caller was Four Women located in Attleboro.

9. The person on the other end was a woman, and she asked to "speak with ▮▮▮▮"

10. She directed me to come to her location at 152 Emory Street in Attleboro for an ultrasound. I asked whether that address was correct, based on my understanding that Four Women was located at 150 Emory Street. She stated that they were right next door, but they provide ultrasounds there.

11. I told the woman on the phone that I was seeking a medication abortion. She did not tell me that they were a separate entity that does not provide abortion services. She asked me about my marital status, if I had other children, and why I wanted an abortion.

12. I scheduled an appointment with the woman on the phone for Thursday at 9:15 a.m., believing that I had made an appointment with Four Women.

13. After the call, I sent a message to Four Women stating that I had received a call from someone at their office and that I had scheduled an appointment for Thursday morning. Four Women then informed me that no one in its office had called me and that they do not see patients on Thursday mornings.

14. I received a text message confirming my Thursday morning appointment from (774) 340-0502. It confirmed my appointment with Attleboro Women's Health Center and provided a phone number to reach them: (508) 455-0172.

15. I immediately provided Four Women with a screen shot of that confirmation message.

2

16. On October 30, 2023 at the time that Attleboro Women's Health Center called me, I believed that I had contacted only abortion providers, specifically Four Women and carafem.com, which provides medication abortion to patients via telehealth.

17. I provided my information to carafem.com on October 29, 2023, the day before I contacted Four Women. I ultimately did not pursue services with carafem.com because I could not recall the date of my last period.

18. Up until the date of this affidavit I believed that the only entities that I contacted prior to October 30, 2023 were abortion providers. On the date of this affidavit, I was provided documents which show that I completed an intake form for Attleboro Women's Health. If I completed a form on Attleboro Women's Health's website it was because I was misled to believe that it was Four Women an abortion provider.

19. The document attached as Exhibit A is a true and accurate copy of the electronic communications I had with Four Women on October 30, 2023. The messages listed under "Jane Doe 5" and/or ▮▮▮▮▮ are messages I sent using Four Women's electronic messaging platform.

20. The document attached as Exhibit B is a true and accurate copy of the text message confirmation I received on October 30, 2023 from (774) 340-0502 confirming an appointment at Attleboro Women's Health Center.

21. I did not go to Attleboro Women's Health Center for the scheduled appointment, and to my knowledge, I have not spoken to anyone affiliated with Attleboro Women's Health Center since October 30, 2023.

22. I ultimately received the reproductive healthcare care services I sought from Four Women.

3

23. I have read the complaint filed under the caption <u>Four Women Health Services LLC v. Abundant Hope Pregnancy Resource Center Inc. d/b/a Attleboro Women's Health Center et al.</u> and confirm that I am Jane Doe 5 and attest that the facts stated relating to Jane Doe 5 are true and accurate.

24. I wish to proceed in this matter under a pseudonym in order to protect my privacy, as I fear for my safety, as the issues raised pertain to my seeking medical treatment, specifically pertaining to abortion, reproduction, and birth control.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2024

/s Jane Doe 5

Jane Doe 5

4

EXHIBIT A

Klara Phone Service from Four Women Health Services, Llc created this conversation at 1:25 PM

Message from  1:25 PM 
Text Message

Hello I would like to schedule an ultrasound

Klara Automation from Four Women Health Services, Llc assigned this conversation to Unassigned at 1:25 PM

 1:29 PM
Office Manager at Four Women Health Services, Llc

Why are you looking for an ultrasound?

Read by Patient

from Four Women Health Services, Llc assigned this conversation to Closed at 1:29 PM

Read by at 1:30 PM

I tested positive on a home pregnancy test

Klara Automation from Four Women Health Services, Llc assigned this conversation to Unassigned **at 1:30 PM**

1:34 PM
Office Manager at Four Women Health Services, Llc

When was the first day of your last period?

Read by Patient

Read by ▮▮▮▮▮ at 1:36 PM

6 PM

I don't recall

Case 1:24-cv-12283-JEK   Document 53-1   Filed 12/20/24   Page 9 of 16

Perhaps around 9/1

**1:40 PM**
Office Manager at Four Women Health Services, Llc

We have appointments on Wednesday, Thursday or Friday this week.

Read by Patient

Read by Jane Doe 5 at 1:55 PM

**Jane Doe 5** 1:55 PM
Patient,



Hi ▮▮▮ I received a call from someone at your office and I scheduled an appointment for Thursday morning at 9:15

2:17 PM
Office Manager at Four Women Health Services, Llc

No one in our office called you. You must have made an appointment with Attleboro Women's Health which is a crisis pregnancy center next door. We don't see patients on Thursday morning. What number called you?

Read by Patient

Read by ███ at 2:22 PM

███  PM

She did say she was right next door to you

Hello here is a screenshot of the text that I received from the other health center



2:48



Your appointment at Attleboro Women's Health Center has been scheduled for Thursday 11/2/2023 at 9:15am.
Please bring a picture ID. Please call if you are unable to keep your appointment. We are located at 152 Emory Street, Unit #4 in Attleboro. Our telephone number is 508-455-0172. See you then. Thank you!

Disclaimer: While all information you share with us is confidential there are inherit risks when submitting information using technology that a third party could read. If you are uncomfortable texting, please call us at 508-455-0172

██████ 2:52 PM
Nurse Practitioner at Four Women Health Services, Llc

Thank you for sharing that. We will be following up with the AG's office about this

Read by Patient

Read by ██████ at 2:52 PM

██████ 3 PM

The only other place where I provided my contact information was on a website carafem.com

That website provides abortion medicine via an online provider, perhaps they have a way of retrieving that information

**2:56 PM**
Nurse Practitioner at Four Women Health Services, Llc

Ok. I appreciate all the info. That site should also be secure.

Read by Patient

Read by ▓▓▓▓▓▓▓▓ at 2:57 PM

# EXHIBIT B



Your appointment at Attleboro Women's Health Center has been scheduled for Thursday 11/2/2023 at 9:15am.
Please bring a picture ID. Please call if you are unable to keep your appointment. We are located at 152 Emory Street, Unit #4 in Attleboro. Our telephone number is 508-455-0172. See you then. Thank you!

Disclaimer: While all information you share with us is confidential there are inherit risks when submitting information using technology that a third party could read. If you are uncomfortable texting, please call us at 508-455-0172