# Exhibit 2

9/19/24, 9:46 AM                    Abundant Hope Pregnancy Resource Center Mail - You have a new lead from PPC Unplanned Pregnancy - AWHC!

Case 1:24-cv-12283-JEK    Document 53-2    Filed 12/20/24    Page 2 of 2


# Gmail

help help <help@awhc.net>

## You have a new lead from PPC Unplanned Pregnancy - AWHC!
1 message

---

**Choose Life Marketing** <notifications@mailserve.lo>   Sat, Oct 28, 2023 at 9:12 PM
Reply-To: do-not-reply@chooselifemarketing.com
To: "help@awhc.net" <help@awhc.net>



## Congratulations! You just acquired a new lead.

### Submitted Form Data

| Field | Value |
|---|---|
| First Name*: | ■■■■ |
| Email*: | ■■■■ |
| Phone Number*: | ■■■■ |
| Preferred Method of Contact*: | Text |
| Tell us about your current situation...: | I'm pregnant |

**Page:** PPC Unplanned Pregnancy     **Variation:** Variation A-mobile