# Exhibit 3

```
 1              UNITED STATES DISTRICT COURT
 2               DISTRICT OF MASSACHUSETTS
 3   _____
                                        )
 4   FOUR WOMEN HEALTH SERVICES, LLC,   )
                                        )
 5                   Plaintiff,         )
                                        )
 6   v.                                 )  Civil Action No.:
                                        )  24-12283
 7   ABUNDANT HOPE PREGNANCY RESOURCE   )
                                        )
 8   CENTER INC., d/b/a ATTLEBORO WOMEN'S )
                                        )
 9   HEALTH CENTER, CATHERINE ROMAN,    )
                                        )
10   NICOLE CARGES, and DARLENE HOWARD, )
                                        )
11                   Defendants.        )
                                        )
12   _____)
13
14                      Volume: I
15       VIDEOTAPED 30(b)(6) DEPOSITION of Abundant
16   Hope Pregnancy Resource Center, Inc. through
17   KATHLEEN HILL, a witness called by counsel for the
18   Plaintiff, taken pursuant to the Federal Rules of
19   Civil Procedure before Katherine A. Tevnan, RMR,
20   CSR No. 129093 and Notary Public in and for the
21   Commonwealth of Massachusetts, at the Offices of
22   Foley Hoag, 155 Seaport Boulevard, Boston, MA, on
23   Friday, November 1, 2024, commencing at 11:45
24   a.m.
```

Kathleen Hill - November 1, 2024

Page 53

| | | |
|---|---|---|
| 1 | A. We have Choose Life Marketing, which is | 01:12:24 |
| 2 | the marketing company that on our website the | 01:12:28 |
| 3 | client will -- if they want to make an | 01:12:31 |
| 4 | appointment, they hit a landing page and then | 01:12:32 |
| 5 | they fill out this form and then I receive the | 01:12:35 |
| 6 | form via my e-mail through Choose Life Marketing. | 01:12:38 |
| 7 | Q. Okay. And that's what occurred in this | 01:12:42 |
| 8 | case? | 01:12:44 |
| 9 | A. Yes. | 01:12:44 |
| 10 | Q. Is that the first point of contact | 01:12:44 |
| 11 | between Jane Doe 5 and Attleboro Women's Health, | 01:12:46 |
| 12 | is that -- | 01:12:48 |
| 13 | A. Yes. | |
| 14 | Q. -- that Choose Life Marketing e-mail? | 01:12:50 |
| 15 | A. Yes. | 01:12:51 |
| 16 | Q. What happened after that? | 01:12:51 |
| 17 | A. So then I called her to get an | 01:12:53 |
| 18 | appointment or just to see -- to respond. I | 01:13:02 |
| 19 | always say, "We got your e-mail inquiry, so I'm | 01:13:04 |
| 20 | just calling to see how I can help." | 01:13:07 |
| 21 | Q. How do you know that you were the one who | 01:13:10 |
| 22 | called her and not the nurse? | 01:13:14 |
| 23 | A. Because I remember this call. | 01:13:16 |
| 24 | Q. What do you remember about this call? | 01:13:19 |

Kathleen Hill - November 1, 2024

Page 56

| | | |
|---|---|---|
| 1 | Doe 5, did you take notes during this phone call? | 01:16:29 |
| 2 | A.  No. | 01:16:33 |
| 3 | Q.  Do you typically take notes during phone | 01:16:36 |
| 4 | calls in response to e-mail inquiries? | 01:16:38 |
| 5 | A.  I'll write their names down because I'm | 01:16:40 |
| 6 | not great with names, so I want to make sure I | 01:16:43 |
| 7 | can talk to her by her name. | 01:16:46 |
| 8 | Q.  Okay.  All right. | 01:16:55 |
| 9 | I'm showing you a document now that I'd | 01:16:55 |
| 10 | like to have marked as Exhibit 6, I think -- no. | 01:16:57 |
| 11 | 7. | 01:17:03 |
| 12 | (Exhibit 7 marked | 01:17:13 |
| 13 | for identification) | 01:17:15 |
| 14 | Q.  I can represent to you that the first | 01:17:15 |
| 15 | couple of pages are a legal document.  So it's a | 01:17:24 |
| 16 | response to our requests for production in this | 01:17:28 |
| 17 | case.  If they refer to an exhibit, then that | 01:17:32 |
| 18 | exhibit follows after. | 01:17:36 |
| 19 | I'll let you flip through it, if you'd | 01:17:38 |
| 20 | like. | 01:17:44 |
| 21 | A.  Yup. | 01:17:45 |
| 22 | Q.  Have you seen this before? | 01:17:46 |
| 23 | A.  Yes. | 01:17:47 |
| 24 | Q.  What are these documents? | 01:17:48 |

Kathleen Hill - November 1, 2024

Page 57

| | | |
|---|---|---|
| 1 | A. So the first, this is the e-mail inquiry | 01:17:50 |
| 2 | that we got from Choose Life Marketing.  And the | 01:17:53 |
| 3 | second is a phone log.  And then this is our | 01:17:57 |
| 4 | appointment confirmation.  And then this is what | 01:18:01 |
| 5 | you would see on our eKYROS system. | 01:18:03 |
| 6 | Q. Okay.  Is this the full extent of the | 01:18:09 |
| 7 | records that Attleboro Women's Health Center has | 01:18:12 |
| 8 | for Jane Doe 5? | 01:18:14 |
| 9 | A. Yes. | 01:18:15 |
| 10 | Q. A few weeks after these records were | 01:18:16 |
| 11 | provided, we received a separate voicemail record | 01:18:19 |
| 12 | for Jane Doe 5 that hadn't been produced.  Where | 01:18:22 |
| 13 | do voicemails live? | 01:18:25 |
| 14 | A. So they can live on our -- we get an | 01:18:27 |
| 15 | e-mail through the voicemail that says that it | 01:18:33 |
| 16 | came in.  So that's where they live. | 01:18:36 |
| 17 | Q. Do those voicemails get filed on eKYROS | 01:18:43 |
| 18 | or anywhere else? | 01:18:49 |
| 19 | A. No. | 01:18:50 |
| 20 | Q. So how are you able to find voicemails if | 01:18:51 |
| 21 | you're -- if you're looking for them now? | 01:18:56 |
| 22 | A. So now we know that we can get them.  We | 01:18:57 |
| 23 | would go back to the date that we were looking | 01:19:01 |
| 24 | for, and then -- on our e-mails, and then we | 01:19:05 |

Kathleen Hill - November 1, 2024

Page 58

| | | |
|---|---|---|
| 1 | could click on it there and then get a recording. | 01:19:09 |
| 2 | Q. Okay. All right. | 01:19:12 |
| 3 | So looking at this page that's in front | 01:19:14 |
| 4 | of you, it says at the top, "You have a new lead | 01:19:17 |
| 5 | from PPC Unplanned Pregnancy - AWHC!" | 01:19:20 |
| 6 | Do you see that? | 01:19:27 |
| 7 | A. Yup. | 01:19:28 |
| 8 | Q. Is the help@awhc.net e-mail address the | 01:19:28 |
| 9 | one that you were referring to earlier? | 01:19:32 |
| 10 | A. It was. I'm not sure I said it right. I | 01:19:34 |
| 11 | might have said "org" or "com." | 01:19:37 |
| 12 | Q. That's fine. And who has access to this | 01:19:39 |
| 13 | e-mail address? | 01:19:42 |
| 14 | A. So it would be myself, Morgan Machado, | 01:19:43 |
| 15 | Karen Levesque, and Darlene Howard. And Leah | 01:19:47 |
| 16 | Machado. | 01:19:59 |
| 17 | Q. And what is Choose Life Marketing? | 01:19:59 |
| 18 | A. As far as I understand, they're a | 01:20:04 |
| 19 | marketing company that does ads, and they have | 01:20:07 |
| 20 | this site that -- where women can click on it and | 01:20:17 |
| 21 | send us their information for an appointment. I | 01:20:20 |
| 22 | really don't know much more than that. | 01:20:23 |
| 23 | Q. Okay. So what is your understanding of | 01:20:25 |
| 24 | where this information came from that's in this | 01:20:31 |

Kathleen Hill - November 1, 2024

Page 59

| | | |
|---|---|---|
| 1 | e-mail? | 01:20:35 |
| 2 | A.  So my understanding is that, through our | 01:20:35 |
| 3 | website, there's a place where women can make an | 01:20:38 |
| 4 | inquiry for an appointment.  And she fills out | 01:20:42 |
| 5 | this form and then it's generated and it arrives | 01:20:45 |
| 6 | in my e-mail box -- inbox. | 01:20:49 |
| 7 | Q.  In this subject line at the top -- | 01:20:55 |
| 8 | A.  Um-hmm. | |
| 9 | Q.  -- it says "PPC Unplanned Pregnancy." | 01:20:57 |
| 10 | What does PPC stand for? | 01:21:00 |
| 11 | A.  I don't know. | 01:21:03 |
| 12 | Q.  Is there anything that you would be able | 01:21:12 |
| 13 | to look at to help remind you what that stands for? | 01:21:15 |
| 14 | A.  No. | 01:21:19 |
| 15 | Q.  Is there anyone who you think would know | 01:21:20 |
| 16 | what that stands for? | 01:21:22 |
| 17 | A.  I would ask Darlene Howard.  If not, then | 01:21:25 |
| 18 | Choose Life Marketing. | 01:21:30 |
| 19 | Q.  Okay.  At the bottom here, where it says | 01:21:31 |
| 20 | "Page," it says "PPC Unplanned Pregnancy."  What | 01:21:36 |
| 21 | is the PPC unplanned pregnancy page? | 01:21:42 |
| 22 | A.  I don't know. | 01:21:47 |
| 23 | Q.  Is that a page that's managed by | 01:21:53 |
| 24 | Attleboro Women's Health Center? | 01:21:58 |

Kathleen Hill - November 1, 2024

Page 60

| | | |
|---|---|---|
| 1 | A. I don't know. | 01:22:00 |
| 2 | Q. So it's possible that it's a different | 01:22:05 |
| 3 | website and not Attleboro Women's Health Center's | 01:22:08 |
| 4 | website? | 01:22:11 |
| 5 | A. I don't know. | 01:22:12 |
| 6 | Q. You don't know whether it's possible or | 01:22:13 |
| 7 | you don't know if it was on Attleboro Women's | 01:22:15 |
| 8 | Health Center's website? | 01:22:18 |
| 9 | A. I don't know. | 01:22:19 |
| 10 | Q. It says, "Variation A-mobile." What does | 01:22:25 |
| 11 | that refer to? | 01:22:31 |
| 12 | A. Where are you -- where are you looking? | 01:22:32 |
| 13 | Q. To the right of "PPC Unplanned | 01:22:36 |
| 14 | Pregnancy," it says, "Variation." At the bottom. | 01:22:38 |
| 15 | Yes. | 01:22:41 |
| 16 | A. Oh, down here? Oh, I don't know. | 01:22:42 |
| 17 | Q. So what are you able to tell us about | 01:22:49 |
| 18 | what this document says about where -- how Jane | 01:22:52 |
| 19 | Doe 5 submitted her information and inquiry to | 01:22:58 |
| 20 | Attleboro Women's Health Center? | 01:23:01 |
| 21 | A. As most as I know is where it says | 01:23:01 |
| 22 | "Choose Life Marketing." | 01:23:04 |
| 23 | Q. And so again, what is the fact that it | 01:23:05 |
| 24 | says "Choose Life Marketing" tell you about where | 01:23:08 |

Kathleen Hill - November 1, 2024

Page 61

| | | |
|---|---|---|
| 1 | she submitted this form? | 01:23:10 |
| 2 | A.   That it would be online. | 01:23:11 |
| 3 | Q.   Would it have been on Choose Life | 01:23:13 |
| 4 | Marketing's website? | 01:23:16 |
| 5 | A.   I don't know. | 01:23:17 |
| 6 | Q.   And so, again, you are the designee to | 01:23:21 |
| 7 | speak about the contact with Jane Doe 5, correct? | 01:23:25 |
| 8 | A.   Right. | 01:23:29 |
| 9 | Q.   And that would include this initial | 01:23:30 |
| 10 | inquiry form? | 01:23:31 |
| 11 | A.   Right. | 01:23:32 |
| 12 | Q.   But sitting here today, you don't know | 01:23:33 |
| 13 | the answers to this? | 01:23:35 |
| 14 | A.   Well, I know about the client, and I know | 01:23:36 |
| 15 | that she reached out to us through that platform. | 01:23:38 |
| 16 | I'm just the user of the information from a client. | 01:23:45 |
| 17 | Q.   Okay.  But you don't know what platform | 01:23:47 |
| 18 | you're referring to? | 01:23:49 |
| 19 | A.   I just know it's a Choose Life Marketing | 01:23:50 |
| 20 | program that we pay to do our website and have | 01:23:53 |
| 21 | this function. | 01:23:58 |
| 22 | Q.   Okay.  To your knowledge, does Choose | 01:23:59 |
| 23 | Life Marketing manage other websites as well? | 01:24:05 |
| 24 | A.   I believe so, yeah. | 01:24:07 |

Kathleen Hill - November 1, 2024

Page 62

| | | |
|---|---|---|
| 1 | Q. Is it possible that a different website | 01:24:08 |
| 2 | managed by Choose Life Marketing could result in | 01:24:10 |
| 3 | this form coming to Attleboro Women's Health | 01:24:12 |
| 4 | Center? | 01:24:14 |
| 5 | A. I really don't know. | 01:24:14 |
| 6 | Q. Do you know that it's not possible? | 01:24:15 |
| 7 | A. I don't know either way.  I'm just not | 01:24:17 |
| 8 | dialed in on all that stuff. | 01:24:20 |
| 9 | Q. Okay.  So at the top here, it says | 01:24:21 |
| 10 | "9:12 PM."  Does that indicate that Jane Doe 5 | 01:24:28 |
| 11 | completed the form at 9:12 p.m.? | 01:24:31 |
| 12 | A. Yes. | 01:24:34 |
| 13 | Q. And how do you know that? | 01:24:34 |
| 14 | A. Because that's what time I know that it | 01:24:35 |
| 15 | registers that the form has been completed. | 01:24:38 |
| 16 | Q. How do you know that?  Because I can tell | 01:24:41 |
| 17 | that this is when you received this form, but how | 01:24:44 |
| 18 | do you know that that's when the form was | 01:24:48 |
| 19 | completed? | 01:24:49 |
| 20 | A. Oh, what -- I don't.  I just know that | 01:24:50 |
| 21 | that's when we receive it. | 01:24:53 |
| 22 | Q. Okay.  So if there was a time delay in | 01:24:56 |
| 23 | receiving these e-mails, you wouldn't know that? | 01:25:02 |
| 24 | A. No. | 01:25:04 |

Kathleen Hill - November 1, 2024

Page 64

| | | | |
|---|---|---|---|
| 1 | Q. | -- they accessed this from?  Okay. | 01:26:18 |
| 2 | | Are you aware that Attleboro Women's | 01:26:27 |
| 3 | Health Center's website is no longer accessible | | 01:26:29 |
| 4 | to the public? | | 01:26:31 |
| 5 | A. | Yes. | 01:26:32 |
| 6 | Q. | Do you have any knowledge as to why that | 01:26:33 |
| 7 | is? | | 01:26:35 |
| 8 | A. | Because, from my understanding, the | 01:26:36 |
| 9 | Department of Public Health told us we had to | | 01:26:41 |
| 10 | take it down. | | 01:26:44 |
| 11 | Q. | Do you know when Attleboro Women's Health | 01:26:48 |
| 12 | Center took down the website? | | 01:26:58 |
| 13 | A. | No. | 01:26:59 |
| 14 | Q. | Okay.  Are there any other ways that a | 01:26:59 |
| 15 | client can make an appointment at this time now | | 01:27:05 |
| 16 | that the website is down? | | 01:27:09 |
| 17 | A. | No. | 01:27:10 |
| 18 | Q. | Have you received any e-mails like this | 01:27:12 |
| 19 | from Choose Life Marketing since the website was | | 01:27:15 |
| 20 | down? | | 01:27:18 |
| 21 | A. | No. | 01:27:18 |
| 22 | Q. | All right.  So I'm going to show you a | 01:27:23 |
| 23 | document that's been previously marked Exhibit 5. | | 01:27:27 |
| 24 | | Looking at this document, do you | 01:27:35 |

1    COMMONWEALTH OF MASSACHUSETTS)
2                                 )
3    SUFFOLK, SS.                 )
4        I, Katherine A. Tevnan, Registered Merit
5    Reporter, Certified Shorthand Reporter No. 129093
6    and Notary Public in and for the Commonwealth of
7    Massachusetts, do hereby certify that KATHLEEN
8    HILL, the witness whose deposition is hereinbefore
9    set forth, was duly sworn by me and that such
10   deposition is a true record of the testimony given
11   by the witness.
12       I further certify that I am neither related
13   to or employed by any of the parties or counsel to
14   this action, nor am I financially interested in
15   the outcome of this action.
16       In witness whereof, I have hereunto set my
17   hand and seal this 5th day of November, 2024.
18
19   _____
20       Katherine A. Tevnan,
21       Registered Merit Reporter
22       CSR # 129093
23   Notary Public
24   My commission expires March 10, 2028