# Exhibit 4

```
1                UNITED STATES DISTRICT COURT
2                  DISTRICT OF MASSACHUSETTS
3    _____
                                         )
4    FOUR WOMEN HEALTH SERVICES, LLC,    )
                                         )
5                    Plaintiff,          )
                                         )
6    v.                                  )  Civil Action No.:
                                         )  24-12283
7    ABUNDANT HOPE PREGNANCY RESOURCE    )
                                         )
8    CENTER INC., d/b/a ATTLEBORO WOMEN'S)
                                         )
9    HEALTH CENTER, CATHERINE ROMAN,     )
                                         )
10   NICOLE CARGES, and DARLENE HOWARD,  )
                                         )
11                   Defendants.         )
                                         )
12   _____)
13
14
15        VIDEOTAPED 30(b)(6) DEPOSITION of Abundant
16   Hope Pregnancy Resource Center, Inc. through
17   DARLENE HOWARD, a witness called by counsel for
18   the Plaintiff, taken pursuant to the Federal Rules
19   of Civil Procedure before Katherine A. Tevnan,
20   RMR, CSR No. 129093 and Notary Public in and for
21   the Commonwealth of Massachusetts, at the Offices
22   of Foley Hoag, 155 Seaport Boulevard, Boston, MA,
23   on Friday, November 1, 2024, commencing at 10:11
24   a.m.
```

Darlene Howard - November 1, 2024

Page 9

| | | |
|---|---|---|
| 1 | assume you understood the question.  Does that | 10:13:11 |
| 2 | make sense? | 10:13:13 |
| 3 |     A.   Yes. | 10:13:13 |
| 4 |     Q.   And then if you need a break at any time, | 10:13:13 |
| 5 | please just let us know and we can take a break. | 10:13:16 |
| 6 | The only thing that we'll ask is if there is a | 10:13:19 |
| 7 | pending question, that you answer that question. | 10:13:22 |
| 8 | Does that make sense? | 10:13:24 |
| 9 |     A.   Yup. | 10:13:24 |
| 10 |     Q.   Are you currently employed? | 10:13:26 |
| 11 |     A.   I am. | 10:13:27 |
| 12 |     Q.   And where are you currently employed? | 10:13:28 |
| 13 |     A.   Abundant Hope Pregnancy Resource Center. | 10:13:31 |
| 14 |     Q.   And what is your role? | 10:13:33 |
| 15 |     A.   I am the executive director. | 10:13:34 |
| 16 |     Q.   Does Abundant Hope go by any other names? | 10:13:37 |
| 17 |     A.   Abundant Hope is the organization that I | 10:13:44 |
| 18 | am employed by. | 10:13:47 |
| 19 |     Q.   Okay.  Does it also go by Attleboro | 10:13:48 |
| 20 | Women's Health Center? | 10:13:52 |
| 21 |     A.   It is Attleboro Women's Health Center is | 10:13:53 |
| 22 | the medical arm of Abundant Hope. | 10:13:58 |
| 23 |     Q.   What is your day-to-day involvement with | 10:14:05 |
| 24 | the organization? | 10:14:07 |

Darlene Howard - November 1, 2024

Page 14

| | | |
|---|---|---|
| 1 | supporting our assistance to women in the | 10:19:46 |
| 2 | community, whether it be material resources | 10:19:49 |
| 3 | required by many needy families.  Or free medical | 10:19:55 |
| 4 | services to women who think they are pregnant. | 10:20:02 |
| 5 | Q.   What material resources do you provide? | 10:20:12 |
| 6 | A.   We provide a monthly diaper bank which is | 10:20:15 |
| 7 | open to the community.  We serve about 70 babies | 10:20:20 |
| 8 | a month.  We offer free diapers, wipes, formula, | 10:20:24 |
| 9 | baby food, clothing, blankets, furniture. | 10:20:29 |
| 10 | Anything that a woman needs to take care of her | 10:20:36 |
| 11 | child -- children. | 10:20:44 |
| 12 | Q.   And where is all of that stored? | 10:20:44 |
| 13 | A.   In our location in Attleboro. | 10:20:47 |
| 14 | Q.   At 152 Emory? | 10:20:50 |
| 15 | A.   Yes. | 10:20:52 |
| 16 | Q.   And then you said you provide free | 10:20:53 |
| 17 | medical services? | 10:20:55 |
| 18 | A.   Correct. | 10:20:56 |
| 19 | Q.   For women who think they are pregnant? | 10:20:56 |
| 20 | A.   Correct. | 10:20:58 |
| 21 | Q.   What are those free medical services? | 10:20:59 |
| 22 | A.   We do pregnancy testing, limited | 10:21:02 |
| 23 | ultrasounds, STI testing.  That's it. | 10:21:06 |
| 24 | Q.   When you say pregnancy testing, what type | 10:21:17 |

Darlene Howard - November 1, 2024

Page 38

| | | |
|---|---|---|
| 1 | They are a marketing firm that maintains our | 10:51:12 |
| 2 | website and does our Google ads.  But other than | 10:51:15 |
| 3 | that -- | 10:51:19 |
| 4 |     Q.   You said that they create and maintain. | 10:51:37 |
| 5 | Do they create the language of the website? | 10:51:39 |
| 6 |     A.   Together we did. | 10:51:42 |
| 7 |     Q.   And with regards to the Google ads, did | 10:51:44 |
| 8 | they create the language of the Google ads? | 10:51:47 |
| 9 |     A.   They do and we approve it. | 10:51:50 |
| 10 |     Q.   And so are clients -- the clients are | 10:51:53 |
| 11 | able to make appointments through the, is it | 10:52:19 |
| 12 | AWHC.net? | 10:52:25 |
| 13 |     A.   No.  They reach out to us through the | 10:52:25 |
| 14 | website.  We make an appointment not on an on- | 10:52:28 |
| 15 | line scheduling platform.  We don't have an on- | 10:52:33 |
| 16 | line scheduling platform. | 10:52:36 |
| 17 |     Q.   If I could show you another document, the | 10:52:38 |
| 18 | AWHC Make an Appointment. | 10:52:44 |
| 19 |          (Exhibit 4 marked | 10:52:49 |
| 20 |           for identification) | 10:53:04 |
| 21 |     Q.   Ms. Howard, do you recognize this | 10:53:04 |
| 22 | document? | 10:53:08 |
| 23 |     A.   Yes. | 10:53:09 |
| 24 |     Q.   Is this an image of that, of Make an | 10:53:11 |

Darlene Howard - November 1, 2024

Page 53

| | | | |
|---|---|---|---|
| 1 | A. | Correct. | 11:24:29 |
| 2 | Q. | And who maintains the Abundant Hope | 11:24:30 |
| 3 | website? | | 11:24:31 |
| 4 | A. | We until -- April of this year we | 11:24:33 |
| 5 | maintained it ourself.  But now we have someone | | 11:24:42 |
| 6 | that has redesigned, an organization that | | 11:24:47 |
| 7 | redesigned the website and they are maintaining | | 11:24:50 |
| 8 | the Abundant Hope website. | | 11:24:53 |
| 9 | Q. | And what is that organization? | 11:24:56 |
| 10 | A. | That's inConcert Web Solutions. | 11:24:56 |
| 11 | Q. | inConcert Web Solutions? | 11:24:59 |
| 12 | A. | Yes. | 11:25:02 |
| 13 | Q. | And you talked about Google ads, what are | 11:25:02 |
| 14 | the Google ads for? | | 11:25:06 |
| 15 | A. | The Google ads are ads we pay for to -- | 11:25:08 |
| 16 | have people find our services. | | 11:25:16 |
| 17 | Q. | What services do you pay Google ads for? | 11:25:21 |
| 18 | I'm sorry.  That was a really bad question. | | 11:25:25 |
| 19 | | What services do you advertise on Google? | 11:25:28 |
| 20 | A. | All the services that Attleboro Women's | 11:25:34 |
| 21 | Health Center provides. | | 11:25:39 |
| 22 | Q. | Do you advertise the diaper banks on | 11:25:40 |
| 23 | Google? | | 11:25:44 |
| 24 | A. | We do not. | 11:25:44 |

Darlene Howard - November 1, 2024

Page 58

```
1      COMMONWEALTH OF MASSACHUSETTS)
2                                   )
3      SUFFOLK, SS.                 )
4           I, Katherine A. Tevnan, Registered Merit
5      Reporter, Certified Shorthand Reporter No. 129093
6      and Notary Public in and for the Commonwealth of
7      Massachusetts, do hereby certify that DARLENE
8      HOWARD, the witness whose deposition is
9      hereinbefore set forth, was duly sworn by me and
10     that such deposition is a true record of the
11     testimony given by the witness.
12          I further certify that I am neither related
13     to or employed by any of the parties or counsel to
14     this action, nor am I financially interested in
15     the outcome of this action.
16          In witness whereof, I have hereunto set my
17     hand and seal this 4th day of November, 2024.
18
19                        _____
20                        Katherine A. Tevnan,
21                        Registered Merit Reporter
22                        CSR # 129093
23     Notary Public
24     My commission expires March 10, 2028
```