# Exhibit 5

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:24-cv-12283-JEK |
| ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, and CHOOSE LIFE MARKETING, LLC, | _____ |
| Defendants. | |

### <u>DECLARATION OF MATTHEW PATTON, ESQ.</u>

I, Matthew Patton, on oath depose and state the following:

1.      I am an attorney at the law firm of Law Office of Nicholas F. Ortiz, P.C. and a member in good standing of the bar of the Commonwealth of Massachusetts. I am counsel for Four Women in the above-captioned proceeding. I make this declaration based upon my personal knowledge.

2.      Attached hereto as **<u>Exhibit A</u>** is a true and accurate copy of an image capturing Abundant Hope Pregnancy Resource Center's website taken on December 3, 2024.

3.      Attached hereto as **<u>Exhibit B</u>** is a true and accurate copy of an image capturing Choose Life Marketing's website taken on December 3, 2024.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY December 3, 2024.

*/s/ Matthew D. Patton*

_____

Matthew D. Patton

1

EXHIBIT A



EXHIBIT B

# NextGen Micro-Targeting

## Revolutionizing Pro-Life Outreach with NextGen Micro-Targeting

At **Choose Life Marketing**, we're committed to helping pro-life organizations reach more abortion-minded women through innovative targeted messaging strategies. Our **NextGen Micro-Targeting (NGMT)** service is designed to meet the unique challenges of today's digital landscape by delivering highly precise, data-driven campaigns that reach the individuals who need your services the most.

## What is NGMT?

NextGen Micro-Targeting (NGMT) uses advanced algorithms and real-time data to engage specific audience segments, including young women, single mothers, and low-income families, across various digital platforms like Google, Connected TV (CTV), and display networks. This approach ensures that your message reaches those most at risk for abortion and those searching for life-affirming resources.

## How is NGMT Different?

Traditional advertising relies on broad demographics and fixed placements, but NGMT is dynamic. It adapts in real-time, allowing us to bid for and secure ad placements in the most effective locations, optimizing every dollar spent. Our method leverages demographic, behavioral, geographic, and psychographic data to craft personalized audience segments for precise targeting.

NGMT seamlessly integrates across multiple platforms, including:

- **Google:** Search Engine Marketing (SEM) and Display Networks.
- **Connected TV (CTV):** Streaming services like Sling, Tubi, and more.
- **Programmatic Display Networks:** Reach users across various websites and properties.

## Why Choose NGMT for Your Campaigns?

- **Enhanced Awareness:** Boost visibility for your pregnancy resource center, adoption agency, or maternity home.
- **Improved Engagement:** Connect directly with individuals actively seeking information and assistance.
- **Higher Conversion Rates:** More precise targeting means better outcomes.
- **Cost-Effective Advertising:** Optimize your ad spend to achieve a higher return on investment (ROI).

## Support and Monitoring

At Choose Life Marketing, we believe in offering unparalleled support. From campaign launch to real-time adjustments, we provide:

- **Real-Time Dashboards:** Track key metrics like impressions, clicks, and conversions.
- **Performance Reports:** Get detailed analytics to measure success.
- **A/B Testing:** Optimize your strategy by comparing different approaches.

## Get Started Today!

Our team will work closely with you to identify your target audience, set clear goals, and create a proposal tailored to your needs. Whether you're a pregnancy resource center, adoption agency, or pro-life organization, **NGMT** can elevate your marketing strategy to new heights, helping you save more lives.

Let's innovate together to make a lasting impact and ensure we reach Her when she needs us most.

REACH HER IN TIME

"For I know the plans I have for you," declares the Lord,"plans to prosper you & not to harm you, plans to give you hope & a future."

JEREMIAH 29:11

*Reach her.*

CONTACT US

*Latest News*



### Leveraging Google Ads to Reach More Expecting Mothers

A strategic marketing plan should include a diverse mix of marketing strategies, including both...

*General Information*



### Creating Engaging Social Media Content for Pregnancy Centers

It's hard to believe it's been over 20 years since Facebook began. Since 2004,...

*Digital Marketing* | *Social Media*



[SEO Strategies for Pregnancy Centers: Boost Your Online Visibility](#)

As a pregnancy center with limited time and resources, choosing which marketing initiatives, tools,...

*SEO*





Google Partner

PREMIER 2024

## WHO WE ARE

Our Mission

Our Work

Our Standards

HIPAA Compliance

## WHO WE SERVE

Pregnancy Centers

Pro-Life Organizations

Adoption Agencies

Christian-Led Businesses

Areas We Serve

## BLOG

## PAYMENTS

573-445-9295

info@chooselifemarketing.com

RECEIVE OUR EMAILS

CONTACT US

CAREERS

  

Reach Her™ is trademark of Choose Life Marketing, LLC.

Copyright © 2024 Choose Life Marketing. All rights reserved.