### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC, <br><br>           Plaintiff, <br><br> v. <br><br> ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, and CHOOSE LIFE MARKETING, LLC, <br><br>           Defendants. | Civil Action No.: 1:24-cv-12283-JEK |

## AMENDED COMPLAINT AND JURY DEMAND

## INTRODUCTION

1.       Plaintiff Four Women Health Services, LLC ("Four Women") brings this action against Defendant Abundant Hope Pregnancy Resource Center Inc. d/b/a Attleboro Women's Health Center ("Abundant Hope"), Catherine Roman, Nicole Carges, Darlene Howard, and Choose Life Marketing, LLC ("Choose Life Marketing") (collectively, "Defendants") to halt Defendants' unlawful practices of interfering with and deceiving women seeking to obtain reproductive healthcare services at Four Women.

2.       "Access to reproductive health care services . . . is a right secured by the constitution and laws of the commonwealth."  M.G.L. ch. 12, § 11I 1/2.  Defendants actively manipulate the lawful reproductive healthcare marketplace to deprive women of this right.

3.       Four Women is a licensed healthcare clinic in Attleboro, Massachusetts that provides reproductive healthcare, including abortion care, to its patients.

4.       Abundant Hope is an organization whose mission is to prevent women from

obtaining reproductive healthcare services, especially abortion care.

5.     Abundant Hope specifically works to interfere with Four Women's business. Working with the other Defendants, Abundant Hope has developed a scheme of false advertising and deception to steer women away from Four Women.

6.     In 2018, Abundant Hope relocated and opened its doors across the parking lot from Four Women, putting the anodyne name "Attleboro Women's Health Center" on its door.

7.      Abundant Hope states that Attleboro Women's Health Center is its "medical" arm. In fact, "Attleboro Women's Health Center" is not a separate corporate entity from Abundant Hope, nor is it a licensed medical provider.

8.     Although Abundant Hope and "Attleboro Women's Health Center" do not have separate physical locations, Abundant Hope has created a separate website for its so-called "medical" arm, awhc.net (the "AWHC Website").

9.     The AWHC Website serves as the basis for a false advertising scheme intended to divert women searching online for abortion care in the region from Four Women.

10.     Abundant Hope employs a for-profit marketing agency, Choose Life Marketing, to carry out this effort.  Choose Life Marketing, which shares Abundant Hope's central mission to reach abortion-minded women and prevent them from obtaining the abortion care they seek, writes the content for the AWHC Website and buys and places Google advertisements on its behalf.

11.     The AWHC Website and advertisements rely on false and misleading statements designed to deceive women seeking abortion care and other reproductive healthcare services.

12.     For example, the AWHC Website falsely purports to provide free medical appointments and medical tests, when neither Abundant Hope nor its "Attleboro Women's Health Center" arm is a licensed medical facility that can lawfully provide "medical" services; it publishes

2

falsities about pregnancy and abortion designed to delay and dissuade women seeking abortion care; and it deceives women into believing that Abundant Hope provides abortion care, which it does not.

13.    Choose Life Marketing propagates these misrepresentations through Google advertisements that prompt women searching for abortion care to "schedule an appointment" with "Attleboro Women's Health Center."

14.    Four Women has learned of multiple cases in which Defendants' conduct and misrepresentations have misled and diverted patients attempting to receive services at Four Women.

15.    Many women have unknowingly provided their contact information to Abundant Hope through the AWHC Website or Choose Life Marketing's Google advertisement scheme under the false belief that doing so would enable them to obtain the abortion care they seek.

16.    Abundant Hope calls these women using the contact information obtained under false pretenses.  Once on the phone, Abundant Hope often continues its deception, masquerading as Four Women to hijack the potential appointment or suggesting it is affiliated with Four Women, instructing the woman to receive an ultrasound at its office before her Four Women procedure.

17.    Abundant Hope's physical location further deceives women arriving onsite.  Right next door to Four Women, Abundant Hope positions "Attleboro Women's Health Center" as Four Women's competitor and interferes with women arriving for their Four Women appointments.

18.    Once inside, Abundant Hope often coerces women who enter to prevent or delay their departure, including by falsely instructing them they must receive certain care there (such as ultrasounds) prior to their Four Women appointments.

19.    Abundant Hope's conduct frustrates women seeking care from Four Women, by

delaying them from receiving the care they seek by a few hours to several days or by dissuading them through deception to abandon their efforts to seek any care at all at Four Women.

20.     When it comes to reproductive healthcare, several days of delay may make all the difference in a woman's health or the care she can safely receive.  Four Women can project that many women have been deterred or blocked from receiving care at Four Women, and Abundant Hope has placed many women at risk through its illegal, incorrect, and dangerous medical advice.

21.     Four Women brings this action to prevent Defendants from continuing to interfere with its patients' access to lawful reproductive healthcare at its facility through these unlawful means.

## PARTIES

22.     Plaintiff Four Women is a Massachusetts limited liability company organized under the laws of Massachusetts and with a principal place of business in Attleboro, Massachusetts.

23.     Defendant Abundant Hope is a nonprofit corporation organized under the laws of Massachusetts in 2010 under the name the Attleboro Women's Center Incorporated.  On January 25, 2011, the Attleboro Women's Center Incorporated changed its name to Abundant Hope.  It maintains a principal place of business in Attleboro, Massachusetts, and does certain business under the name Attleboro Women's Health Center.  Attleboro Women's Health Center is not a separate corporate entity from Abundant Hope.

24.     Defendant Catherine Roman is the President of Abundant Hope and resides in North Attleboro, Massachusetts 02760.

25.     Defendant Nicole Carges is the Treasurer of Abundant Hope and resides in North Attleboro, Massachusetts 02760.

26.     Defendant Darlene Howard is the Executive Director of Abundant Hope and resides

in Mansfield, Massachusetts 02048.

27.    At all relevant times Defendants Roman, Carges, and Howard have controlled and directed the actions of Abundant Hope.

28.    Defendant Choose Life Marketing is a for-profit organization organized under the laws of Missouri in 2019.  It maintains a principal place of business in Columbia, Missouri.

## JURISDICTION

29.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because this action includes a claim arising under the laws of the United States, specifically the Lanham Act, 15 U.S.C. § 1125, *et seq.*  The Court has supplemental jurisdiction over the state law claim herein pursuant to 28 U.S.C. § 1367 because the claim is so related to the federal claim for which this Court has original jurisdiction that they form part of the same controversy.

30.    This Court has personal jurisdiction over Abundant Hope and the individual defendants because Abundant Hope has a principal place of business in the Commonwealth of Massachusetts and Defendants Roman, Carges, and Howard reside and are domiciled in the Commonwealth of Massachusetts.

31.    This Court has personal jurisdiction over Choose Life Marketing because it does business in Massachusetts and because this matter arises from Choose Life Marketing's creation and distribution of advertising that makes false and misleading claims that are targeted toward women seeking reproductive healthcare in Massachusetts and caused injury to Four Women in Massachusetts.

32.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 (b)(1) and (2) because Abundant Hope and the individual defendants reside in the District of Massachusetts and the

events giving rise to the claims in this action occurred in substantial part within this District.

**FACTS**

**I.    Four Women Provides Legal Reproductive Healthcare to Women Who Seek It.**

33.    Four Women is licensed with the Massachusetts Department of Public Health as a clinic and ambulatory surgical center that provides comprehensive gynecological care.

34.    Founded in 1998 to ensure that all women have access to high quality reproductive healthcare, Four Women serves communities that often lack access to care—especially low-income communities.

35.    Four Women operates a fully licensed clinic and healthcare provider for these communities at 150 Emory Street in Attleboro, Massachusetts.

36.    It is one of only three reproductive healthcare clinics that provide abortion care in southeastern Massachusetts, and the only one offering surgical abortion services.  Since April 2003, Four Women has maintained a fully licensed surgery center with experienced staff, including licensed medical doctors, nurses, and medical assistants.

37.    Four Women provides a range of reproductive healthcare services, including birth control information and prescriptions, ultrasounds and pregnancy diagnoses, abortion care, and more.  As Four Women is a for-profit entity, they charge for their services, accepting health insurance and/or direct payments from patients.

38.    Four Women primarily serves patients that reside in the Commonwealth, but, given its location about ten miles from the Rhode Island border, it also serves many women from Rhode Island seeking reproductive healthcare services.

**II.    Abundant Hope Is Not a Licensed Medical Facility in the Commonwealth.**

39.    Abundant Hope is a "pregnancy resource center" founded in 2010 to reach women

in Massachusetts and Rhode Island.[1]

40.    Abundant Hope is organized as a nonprofit and purports to provide medical services to patients at no cost.  The individual defendants play a leadership role in developing and executing Abundant Hope's mission as well as fundraising.

41.    Abundant Hope has not been licensed by the Massachusetts Department of Public Health as a clinic or healthcare provider.

42.    In 2018, Abundant Hope moved its office to 152 Emory Street, in Attleboro, Massachusetts, under the name "Attleboro Women's Health Center."

43.    Abundant Hope states that Attleboro Women's Health Center is its "medical" arm through which it provides "medical" services.

44.    Abundant Hope maintains a website, ahprc.org (the "Abundant Hope Website").

45.    The AWHC Website is a separate website that Abundant Hope maintains for Attleboro Women's Health Center.

46.    Despite maintaining separate websites, the distinction between Abundant Hope and Attleboro Women's Health Center is a fiction.

47.    Attleboro Women's Health Center is not a legal entity and has not been incorporated or registered in the Commonwealth.

48.    Any and all employees who are apparently affiliated with Attleboro Women's Health Center are in fact employed by Abundant Hope.

49.    Abundant Hope's operations are solely based at the 152 Emory Street location.

50.    The Abundant Hope Website boasts about the number of "medical" services and

---

[1] "About," Abundant Hope Pregnancy Resource Center, https://www.ahprc.org/about/ (last visited Nov. 25, 2024).

tests it provided in 2023.[2]

51.     The only activity Abundant Hope offers outside of the "medical" services purportedly provided through Attleboro Women's Health Center are monthly diaper banks and abortion recovery bible study, provided under Abundant Hope's name.[3]

52.     Using the "Attleboro Women's Health Center" name, Abundant Hope purports to provide ambulatory medical services, including diagnosing pregnancies and performing ultrasounds.

53.     "Ambulatory medical services are services providing diagnosis or treatment of a health condition and include procedures such as diagnosing pregnancies, performing ultrasounds and other clinical procedures."[4]

54.     Providing diagnosis regarding viability and location of the fetus without the assistance of a licensed doctor or Advanced Practice Registered Nurse is a violation of Massachusetts regulations pertaining to the practice of medicine and nursing.

55.     Abundant Hope does not have a licensed doctor or Advanced Practice Registered Nurse that works on premises.

56.     Upon information and belief, Abundant Hope staff that is not licensed to diagnose a pregnancy conveys a diagnosis to clients prior to the participation of any medical personnel licensed to do so.

---

[2] *Id.*

[3] "Events," Abundant Hope Pregnancy Resource Center, https://www.ahprc.org/events/ (last visited Nov. 25, 2024).

[4] *Reminder to Licensees Regarding Licensure Obligations and Providing Standard of Care*, Robert Goldstein, MD, PhD, Commissioner, Department of Public Health, Executive Office of Health and Human Services for the Commonwealth of Massachusetts, 1 (Jan. 3, 2024), *available at* https://www.mass.gov/doc/reminder-to-licensees-regarding-licensure-obligations-and-providing-standard-of-care-january-3-2024/download (citing M.G.L. c. 111, § 51).

57.    Upon information and belief, to the extent Abundant Hope has ever employed or worked with licensed medical personnel, their review of ultrasound images has always postdated client appointments, sometimes by several weeks or months.

58.    Massachusetts law requires clinics, which include "any entity, however organized, whether conducted for profit or not for profit, that is advertised, announced, established, or maintained for the purpose of providing ambulatory medical . . . services," to be licensed by the Department of Public Health.[5]

59.    Abundant Hope is not and has never been licensed by the Massachusetts Department of Public Health to provide medical care.

## III.    Abundant Hope Partners with Choose Life Marketing to Reach Women Online.

60.    Abundant Hope works with a third-party vendor, Choose Life Marketing, to create and maintain the AWHC Website and to buy and place Google advertisements promoting "Attleboro Women's Health Center" to women seeking abortion care.

61.    Choose Life Marketing is a for-profit marketing agency based in Missouri that provides marketing services and strategies specifically targeting "abortion-minded women."[6]

62.    Choose Life Marketing boasts that it is "the leader in pregnancy center marketing because [it] get[s] results. [Its] data-driven solutions bring in more website traffic and direct more abortion-minded to your center and the services you offer."[7]

63.    According to Abundant Hope's Form 990s from recent years, Abundant Hope

---

[5]    *Id.*
[6]    *See* "Serving the Pro-Life Community," Choose Life Marketing, https://www.chooselifemarketing.com/who-we-are/our-mission/ (last visited Nov. 11, 2024).
[7]    *See* "Serving Pregnancy Centers Worldwide," Choose Life Marketing, https://www.chooselifemarketing.com/who-we-serve/pregnancy-center-marketing/ (last visited Nov. 11, 2024).

invests substantially in marketing and promotion, including by paying Choose Life Marketing.

64.    In 2022, Abundant Hope spent $38,846 on "Marketing and [P]romotion," nearly 17% of its total functional expenses of $232,403.[8]  According to Abundant Hope, this paid advertising targets women seeking medical services, and not women seeking assistance with their babies (in need of diapers, formula, etc.).  Upon information and belief, these "Marketing and Promotion" expenses were paid to Choose Life Marketing and Google.

65.    In 2023, Abundant Hope paid substantial sums to Choose Life Marketing and Google in connection with marketing and promotion.[9]

66.    Choose Life Marketing's digital marketing services include paid search, search engine optimization ("SEO"), "microtargeting," and "geofencing" tactics.

67.    Choose Life Marketing advertises its paid search services as a "method of reaching a targeted audience by serving keyword-specific ads."  It claims that its strategists create advertisements that appear "in the first few search engine results when women in your area are looking for information on abortion or unplanned pregnancy," with the goal of using "conversion-optimized landing pages to successfully guide women to click on your ad and make an appointment."[10]

68.    Choose Life Marketing describes SEO as "the process of ensuring [an] organization's website organically ranks high on Google" search results to reach a "target

---

[8] 2022 Form 990 for Abundant Hope Pregnancy Resource Center Inc.
[9] 2023 Form 990 for Abundant Hope Pregnancy Resource Center Inc.
[10] *See* "Paid Search Strategy for Pregnancy Centers & Pro-Life Organizations," Choose Life Marketing,  https://www.chooselifemarketing.com/services/digital-marketing/paid-search/  (last visited Nov. 26, 2024).

audience" and "drive more traffic" to an organization's website.[11]  Choose Life Marketing uses SEO to reach the "[t]housands of women across the globe [who] search for abortion and pregnancy-related keywords online every day."

69.     Choose Life Marketing uses "microtargeting" to specifically target "young women, single mothers, and low-income families" based on their digital footprints and online data.[12]

70.     Choose Life Marketing uses geofencing to create a geographical boundary around an area so that when a woman enters that area, a targeted advertisement is sent to her.  It describes "geofencing" as "great for reaching women visiting websites to try to learn more about how to get an abortion."[13]

71.     Choose Life Marketing boasts that, as an example, it has used geofencing to "reach women who may be sitting in the Planned Parenthood waiting room with advertisements that cause them to consider an alternative to abortion."[14]

72.     On information and belief, Choose Life Marketing has employed these techniques on Abundant Hope's behalf to reach women seeking abortion care services.

73.     Choose Life Marketing is also involved in drafting the content of the advertising communications for "Attleboro Women's Health Center."

74.     Specifically, Choose Life Marketing created the language for both the AWHC

---

[11]  *See* "Pro-Life Search Engine Optimization (SEO)," Choose Life Marketing, https://www.chooselifemarketing.com/services/digital-marketing/seo/ (last visited Nov. 18, 2024).

[12]  *See* "NextGen Micro-Targeting," Choose Life Marketing, https://www.chooselifemarketing.com/services/digital-marketing/nextgen-micro-targeting/ (last visited Nov. 11, 2024).

[13]  *See* "Palm Beach Women's Clinic," Choose Life Marketing, https://www.chooselifemarketing.com/our-work/pregnancy-center-case-study/ (last visited Nov. 11, 2024).

[14]  *See* "Waterleaf," Choose Life Marketing, https://www.chooselifemarketing.com/our-work/pregnancy-center-case-study-2/ (last visited Nov. 11, 2024).

Website and advertisements for "Attleboro Women's Health Center" that appear on Google.

75.    Abundant Hope then approved the language of these websites and advertisements drafted by Choose Life Marketing.

76.    On information and belief, Choose Life Marketing maintains the AWHC Website, including updating any content and monitoring visitor data.

77.    Choose Life Marketing also sends Abundant Hope information about potential clients, framed as new "leads."  Emails about new "leads" contain contact information of potential clients and descriptions of services they are seeking.

78.    On information and belief, these emails with new "leads" are generated by forms completed by women online.

79.    On information and belief, some of these forms are completed by women selecting the "Book an Appointment" option on the AWHC Website.

80.    On information and belief, Choose Life Marketing also sends Abundant Hope new leads generated by forms completed on other websites beyond the AWHC Website and the Abundant Hope Website.

81.    Abundant Hope works with Choose Life Marketing solely to promote the so-called "medical" services provided under the "Attleboro Women's Health Center" name.  It has not engaged Choose Life Marketing to create content for the Abundant Hope website or promote any other activity Abundant Hope provides, like diaper banks, through Google advertisements.

## IV.    Defendants Interfere with the Reproductive Healthcare Services Marketplace Through False and Misleading Advertising.

82.    Abundant Hope uses its online presence and advertising to inject itself into the reproductive healthcare marketplace and prevent women from accessing abortion care.

83.    Choose Life Marketing shares the same mission and works to achieve it by bolstering the online presence and reach of clients like Abundant Hope.

84.    By engaging Choose Life Marketing for its marketing and advertising needs, Abundant Hope intentionally selected an advertising partner with a mission of targeting women to prevent them from receiving abortion and abortion-related care.

85.    To achieve their shared mission, Defendants publish false and misleading advertising on the AWHC Website and in Google advertisements, and Abundant Hope propagates further falsities in its printed materials.

86.    Defendants' advertising specifically targets women seeking abortions for the purpose of hijacking their appointments at clinics like Four Women.  The Abundant Hope Website highlights as a success story one such woman, who recounts: "I had an appointment scheduled at the abortion clinic on a Saturday morning. I don't speak English very well and I was so nervous, I got confused and walked into Abundant Hope instead of the abortion clinic. I spoke with a counselor and they agreed to take me in right away."[15]  According to Abundant Hope, that woman never attended her appointment for an abortion.

A.    **Defendants Falsely Advertise That Attleboro Women's Health Center Provides Reproductive Healthcare Services.**

87.    Defendants use the "Attleboro Women's Health Center" name and the AWHC Website to promote so-called "medical" services that Abundant Hope cannot legally provide.

88.    Defendants' deception starts with the "Attleboro Women's Health Center" name, which reflects a fictional entity whose name and website is employed solely to convey the false

---

[15]    *See* "Client Stories," Abundant Hope Pregnancy Resource Center, https://www.ahprc.org/clients/ (last visited Nov. 26, 2024).

impression that the facility provides medical services.

89.     The AWHC Website advertises that "Attleboro Women's Health Center" provides medical appointments and medical tests.

90.     Abundant Hope proclaims that it has performed hundreds of "medical appointments" and "medical tests," at the monetary value of $157,000 in 2023 alone.[16]

91.     Defendants use Google advertisements to promote these so-called "medical" services purportedly provided by "Attleboro Women's Health Center."

92.     Defendants advertise, including through the purchase of Google advertising, that "Attleboro Women's Health Center" provides medical services to women including pregnancy testing, ultrasounds, pregnancy consultation, and testing for sexually transmitted diseases.[17]

93.     Defendants' statements on the AWHC Website and Google advertisements give the false impression that there is an entity with the name "Attleboro Women's Health Center," which provides licensed, lawful medical services.

94.     Abundant Hope, however, is not a licensed medical facility.  It cannot lawfully provide ultrasounds, gynecological care, or any of the other medical services it advertises on the AWHC Website or through Google advertising.

95.     Abundant Hope touts these medical "services" in connection with efforts to raise funds from donors for its work manipulating the reproductive healthcare marketplace.  On information and belief, Abundant Hope specifically touts its diversion of potential Four Women

---

[16] *See* "About Us," Abundant Hope Pregnancy Resource Center, https://www.ahprc.org/about/ (last visited Aug. 28, 2024).
[17] *See* **Exhibit A** (AWHC Webpages).  Abundant Hope shut down the AWHC Website in September 2024, shortly after this lawsuit was filed.  At present, the AWHC Website is password protected and no longer accessible to the public.  For this reason, Four Women attaches hereto as Exhibit A a compilation of true and accurate copies of images capturing certain webpages from the AWHC Website taken on August 30, 2024.

14

patients in its fundraising efforts.

**B.    Defendants Publish Falsities Concerning Pregnancy and Abortion on the AWHC Website and in Printed Materials.**

96.    Defendants advertise on the AWHC Website false medical advice intended to mislead women into thinking they need the services of "Attleboro Women's Health Center" before receiving abortion care.

97.    For example, Defendants represent that an ultrasound is "necessary" before a woman can obtain an abortion.

98.    The AWHC Website contains a page titled "Reasons You Need an Ultrasound Before Abortion," falsely indicating that an ultrasound is required under Massachusetts law before a women can obtain an abortion.[18]

99.    This representation is false.  Massachusetts law does not require women to undergo an ultrasound before receiving abortion care.

100.    Defendants also falsely advertise that a "viability" determination is necessary before a woman can obtain an abortion.

101.    For example, the AWHC Website contains a page titled "Thinking About Abortion?" which instructs women seeking abortions to first "confirm" their pregnancy with an ultrasound, stating: "Even if you've taken a home pregnancy test, you need more information.  It's critical to confirm that your pregnancy is viable (growing inside the uterus with a detectable heartbeat) with an ultrasound."

102.    According to the American College of Obstetricians and Gynecologists, "[t]he concept of viability of a fetus is frequently misrepresented or misinterpreted based on ideological

---

[18] *Id.*

principles."[19]  The term has two meanings: "In the first, 'viability' addresses whether a pregnancy is expected to continue developing normally.  In early pregnancy, a normally developing pregnancy would be deemed viable, whereas early pregnancy loss or miscarriage would not.  In the second, 'viability' addresses whether a fetus might survive outside of the uterus.  Later in pregnancy, a clinician may use the term 'viable' to indicate the chance for survival that a fetus has if delivered before it can fully develop in the uterus."[20]

103.    It is the latter form of "viability" that has been used in connection with abortion care from a legal standpoint, as many state laws (such as Massachusetts) prohibit abortion after a fetal gestational age (typically between 24 and 26 weeks) that is widely considered "fetal viability."

104.    The first definition of "viability" has no connection with abortion care.  There is no scientific or legal basis to restrict a woman's access to abortion care based on whether her early pregnancy is developing normally.

105.    Defendants' deception is calculated to deceive women seeking abortion care to delay them beyond the recommended time for a medication abortion, which is ordinarily limited to the first 10 weeks of pregnancy.[21]

106.    The AWHC Website also includes misinformation indicating that abortion is dangerous.

---

[19]  *See*  "Facts  Are  Important:  Understanding  and  Navigating  Viability," https://www.acog.org/advocacy/facts-are-important/understanding-and-navigating-viability  (last visited Aug. 31, 2024).
[20] *Id.*
[21]  Medication abortion mifepristone is safe through 70 days (10 weeks) of pregnancy.  *See* "Information about Mifepristone for Medical Termination of Pregnancy Through Ten Weeks Gestation," U.S. Food and Drug Administration, https://www.fda.gov/drugs/postmarket-drug-safety-information-patients-and-providers/information-about-mifepristone-medical-termination-pregnancy-through-ten-weeks-gestation, (last visited Aug. 31, 2024).

107.    The AWHC Website falsely indicates that abortion can be associated with "life-threatening outcomes" in connection with ectopic pregnancies or sexually transmitted infections.

108.    Abundant Hope also counsels women through distributed printed materials that "[y]ou may have a serious ectopic pregnancy and abortion is dangerous,"[22] falsely indicating that abortion is dangerous for women with ectopic pregnancies.

109.    This advice is both false and dangerous.  Failure to terminate an ectopic pregnancy can cause serious bodily harm or death.  According to the American College of Obstetricians and Gynecologists, "ectopic pregnancies will never be viable, and the treatment for ectopic pregnancy requires ending the nonviable pregnancy."[23] Even with proper diagnosis and management, "ectopic pregnancy continues to be a significant cause of pregnancy-related mortality and morbidity" and is "the leading cause of hemorrhage-related mortality."[24]

110.    Printed materials distributed by Abundant Hope contain further falsities, including that "[s]tudies show that abortion increases a woman's risk of breast cancer."[25]  In fact, according to the American Cancer Society: "Higher-quality studies have generally found no link between abortions and breast cancer risk. Researchers have also found flaws in previous studies that reported abortion may raise a woman's risk for breast cancer. The best scientific evidence does

---

[22] Heartbeat International provides propaganda to Abundant Hope, including a pamphlet deceiving women about ectopic pregnancies.  *See* **Exhibit B** ("Regret Taking the Abortion Pill?" Pamphlet).
[23] *See* "Facts Are Important: Understanding and Navigating Viability," https://www.acog.org/advocacy/facts-are-important/understanding-and-navigating-viability  (last visited Aug. 31, 2024).
[24] *See* **Exhibit C** (ACOG Practice Bulletin No. 193, "Clinical Management Guidelines for Obstetrician-Gynecologists," American College of Obstetricians and Gynecologists (Mar. 2018)).
[25] *See* **Exhibit D** ("Abortion: Procedures, Risks, Side Effects" Pamphlet).

not support a link between abortion and breast cancer risk."[26]

111.    This false advice by an entity purporting to provide "medical" services is designed to mislead an abortion-seeking woman into believing abortion is dangerous.

112.    Defendants use these false and misleading statements to divert patients from licensed clinics like Four Women so that they visit Attleboro Women's Health Center at least before, if not completely in lieu of, their visit to the licensed clinic.

## C.    Defendants Mislead Women into Thinking Abundant Hope Provides Abortions Through the AWHC Website and Through Google Advertising.

113.    The AWHC Website and targeted Google advertisements mislead women into believing that Abundant Hope provides abortion care at "Attleboro Women's Health Center."

114.    For example, the AWHC Website contains a page titled "Options," of which the first "option" listed is abortion.[27]

115.    The AWHC Website also contains a page titled "Abortion," which lists questions women may have "about the abortion pill and other abortion procedures," and directs women who are "thinking about abortion" to make an appointment with a prominent button, stating "MAKE AN APPOINTMENT."[28]

116.    The page also contains quotes purporting to be a testimonial regarding Attleboro Women's Health Center's services, which states: "Great place for women considering abortion. Staff is friendly and nonjudgmental."

117.    A separate page titled "Three Things Needed Before Abortion" advises women

---

[26]    *See* "Abortion and Breast Cancer Risk," American Cancer Society, https://www.cancer.org/cancer/risk-prevention/medical-treatments/abortion-and-breast-cancer-risk.html (last visited Nov. 5, 2024).
[27]    **Exhibit A** (AWHC Webpages).
[28]    *Id.*

falsely that before undergoing an abortion, they "need" an appointment with "Attleboro Women's Health Center."[29]

118.    Disclaimer text stating that Attleboro Women's Health Center does not perform or refer for abortions does not appear within the body of these webpages.  Instead, a disclaimer that Attleboro Women's Health Center does not perform or refer for abortions appears only at the bottom of certain pages on the website, in small, gray text.

119.    On information and belief, advertising drafted, prepared, and published by Defendants for "Attleboro Women's Health Center" does not include such a disclaimer within the advertisement.

120.    Instead, Defendants use targeted advertising to further mislead women into thinking "Attleboro Women's Health Center" provides abortion care.

121.    For example, in response to a Google search for "abortion near me attleboro ma," an advertisement for "Attleboro Women's Health Center" is among the first hits.  That advertisement states, without qualifier: "Attleboro Women's Health – Schedule An Appointment Today," suggesting "Attleboro Women's Health Center" provides abortions.

122.    The Google advertisement also includes links to "Abortion Cost," "Abortion Pill Info," "Abortion Clinic Info," and "Abortion Info" and highlights "Free Support."  These links indicate falsely that, even if "Attleboro Women's Health Center" does not provide abortions, it does assist women in obtaining information about how and where to obtain one and the associated costs, and it will do so for free.

---

[29] *Id.*

**V.    Defendants' Misrepresentations Target Four Women Patients.**

123.    Defendants' false and misleading statements are designed to deceive and confuse women seeking abortion services from Four Women.

124.    Prospective patients, perhaps aware that the only abortion care provider in the region is in Attleboro, Massachusetts, are reasonably misled by the AWHC Website and targeted advertising to believe that Abundant Hope provides abortion care.

125.    Defendants' statements create the false impression that women will receive free medical care from a licensed provider at a licensed clinic that complies with state law, and perhaps even free abortion care.    Accordingly, many women seeking this healthcare in the Attleboro, Massachusetts area choose to do so at "Attleboro Women's Health Center," not Four Women.

126.    Defendants' misrepresentations deceive women into thinking that Attleboro Women's Health Center either *is* Four Women (and provides abortion care) or is affiliated with Four Women (and provides necessary pre-abortion procedures).

127.    Additionally, Defendants' misrepresentations deceive women into believing that certain procedures, such as an ultrasound, are necessary before they can get an abortion, leading many women seeking abortion care to make appointments with "Attleboro Women's Health Center" believing they must do so before their Four Women appointment.

128.    Abundant Hope's efforts to masquerade as Four Women and to compete for Four Women's clients have been successful.    From January 2023 to August 2024, 591 patients interacted with both Four Women and "Attleboro Women's Health Center" via telephone.

129.    When women contact "Attleboro Women's Health Center" seeking abortion care, they are not informed that it does not provide abortion care; they are instead given appointments there.

130.    Once at "Attleboro Women's Health Center" for these "necessary" tests, women receive pamphlets stating falsely that abortion is "dangerous" and increases the risk of breast cancer.  Such materials aim to deter women altogether from attending their appointments at Four Women.

**A.    Four Women Patients, Deceived by Defendants' Online Statements, Inadvertently Provide Their Contact Information to Defendants.**

131.    Many Four Women patients have complained to Four Women that "Attleboro Women's Health Center" has contacted them out of the blue to schedule appointments that precede or replace their Four Women appointments.

132.    Even where discovery has revealed that Abundant Hope received these patients' contact information prior to calling, the patients still have no idea that they ever contacted Abundant Hope or "Attleboro Women's Health Center."

133.    On October 30, 2023, Jane Doe 5[30] contacted Four Women seeking medical abortion care.  During an online exchange to schedule an appointment with Four Women, Jane Doe 5 received a call from Abundant Hope.  Jane Doe 5 believed she was speaking with Four Women or a Four Women affiliated entity and scheduled an appointment.  Jane Doe 5 messaged Four Women: "I received a call from someone at your office and I scheduled an appointment for Thursday morning at 9:15."  Four Women, however, had not called Jane Doe 5.  Instead, Jane Doe 5's appointment was made with "Attleboro Women's Health Center."

---

[30] Four Women patients are referred to herein using pseudonyms.  *See Doe v. Bell Atl. Bus. Sys. Servs., Inc.*, 162 F.R.D. 418, 420 (D. Mass. 1995) (courts permit the utilization of pseudonyms for parties "in cases involving social stigmatization [or] real danger of physical harm . . . . Cases in which parties are allowed to proceed anonymously because of privacy interests often involve abortion.").  For ease of reference, references herein to Jane Does 1-8 refer to the same Jane Does 1-8 as identified in the initial Complaint and Jury Demand, *see* ECF 1.  Jane Does 6 and 7 have been intentionally omitted in this Amended Complaint.

134.    As of October 30, 2023, Jane Doe 5 did not recall ever contacting or communicating with "Attleboro Women's Health Center" or Abundant Hope.  She stated she had only ever given her information to Four Women and a website called carafem.com.

135.    In fact, discovery produced by Abundant Hope suggests that Jane Doe 5 had submitted an online inquiry form two days prior, which Choose Life Marketing received and sent as a "new lead" to Abundant Hope.

136.    It is unclear where Jane Doe 5 submitted this inquiry form.  Abundant Hope has stated it does not know what website or form was used to prepare the information about Jane Doe 5 sent by Choose Life Marketing.

137.    Jane Doe 5 has reviewed discovery in this case and still has no recollection of visiting the AWHC Website or filling out a form on any website other than Four Women and carafem.com.[31]

138.    Additionally, on or around May 6, 2024, Jane Doe 8 made an appointment at Four Women for a medication abortion.  On the day of her appointment, Abundant Hope called Jane Doe 8 and attempted to persuade her to come to "Attleboro Women's Health Center" before or in lieu of Four Women.

139.    Jane Doe 8 did not recall ever contacting or communicating with "Attleboro Women's Health Center" or Abundant Hope prior to May 6, 2024 and did not know how Abundant Hope obtained her contact information.

140.    Defendants' deceptive and targeted advertising misled at least Jane Does 5 and 8 into submitting an online inquiry form without understanding they were submitting the form to

---

[31] *See* **Exhibit E** (Affidavit of Jane Doe 5) ¶¶ 16, 18, 19.

Abundant Hope.  Abundant Hope then used this information to try to hijack their appointments.

**B.    Abundant Hope's Onsite Deception Delays or Prevents Four Women Patients from Attending Their Four Women Appointments.**

141.    Defendants' focus on diverting patients from Four Women is also evident from its physical location and onsite conduct.

142.    In or around May 2018, Abundant Hope attempted to move into the same address as Four Women, 150 Emory Street.

143.    When this failed, Abundant Hope moved its principal office to 152 Emory Street directly next to Four Women.

144.    150 Emory Street and 152 Emory Street share a driveway and parking lot.

145.    Abundant Hope's location at 152 Emory Street does not have the name "Abundant Hope" on any sign, and its windows do not advertise the "abortion recovery bible study" programming Abundant Hope offers.  Instead, its door is labeled "Attleboro Women's Health Center," and it occasionally also hangs other signs such as "Abortion Clinic Attleboro You Have Options."

146.    These signs mislead Four Women patients when they arrive onsite.  These patients, seeing the "Abortion Clinic Attleboro You Have Options" sign, believe Abundant Hope's office is Four Women and go there for their appointment.

147.    Defendants also work with volunteers to target Four Women patients and interfere with their access to Four Women.  Individuals acting on behalf of Abundant Hope obstruct Four Women's main driveway by pacing with placards at the entrance.  Ride-sharing drivers often refuse to enter Four Women's parking lot due to this conduct.  Abundant Hope volunteers then approach women on foot to attempt to give them literature and other information.

148.    To assist patients in overcoming Abundant Hope's interference, Four Women relies on volunteers, who wear colored and labeled parking vests to protect patient access and escort them to the facility.  Individuals acting on behalf of Abundant Hope, however, often wear vests to appear as Four Women volunteers and confuse and deceive the patients into following them to "Attleboro Women's Health Center" instead of to Four Women.

149.    When women inadvertently enter "Attleboro Women's Health Center" for their Four Women appointments, they are not informed that they are in the wrong place.

150.    Instead, Abundant Hope engages in conduct to prevent women from leaving its premises, including conducting lengthy intake procedures; obtaining, holding, and copying personal identification cards; sequestering women in isolated rooms; and conducting tests appearing to be ultrasounds.

151.    Women held in isolation rooms under the auspices of receiving testing or "counseling" necessary for medical treatment often do not feel free to leave the premises or to refuse to comply with what they are led to believe are medical instructions.

152.    As an example, in or around March 2024, Jane Doe 1 undertook efforts to seek reproductive healthcare, specifically a medication abortion.

153.    Through its online advertising, Defendants led Jane Doe 1 to believe that "Attleboro Women's Health Center" was the Attleboro clinic that provided abortions—*i.e.*, that it was Four Women.

154.    Jane Doe 1's support person called the telephone number for "Attleboro Women's Health Center" on her behalf to schedule an appointment for a medication abortion, and Abundant Hope—rather than stating that they do not provide such care—made an appointment for her, leading Jane Doe 1 to believe that her appointment was for the medication abortion she sought.

24

155.    Jane Doe 1 brought cash with her to the appointment as she was prepared to pay for the reproductive healthcare services.  Upon arrival at her appointment, Abundant Hope requested Jane Doe 1's identification and informed her that they accepted health insurance, so the cash was not necessary.

156.    Abundant Hope also required Jane Doe 1 to complete numerous forms indicating that medical services would be provided, including services such as "Abortion Pre-Screening."

157.    Abundant Hope then brought Jane Doe 1 to a room away from the waiting room and her support person, with only one door, no windows, and no phone.

158.    Abundant Hope kept Jane Doe 1 in this sequestration room for more than an hour, during which time Abundant Hope staff provided medically inaccurate information regarding abortions.

159.    Abundant Hope misled Jane Doe 1 to believe that this consultation was a required step in the process for undergoing an abortion and, therefore, that she could not leave if she wanted to obtain the services she sought.

160.    Abundant Hope staff then brought Jane Doe 1 to another room where three employees—including one self-identified ultrasound technician and one self-identified Registered Nurse—performed an ultrasound.

161.    The Abundant Hope staff told Jane Doe 1 that no heartbeat could be detected but provided ultrasound images to her purportedly stating the gestational age of her fetus.  Using this information, they informed her that she could not undergo an abortion at that time as she was only six weeks pregnant.

162.    Jane Doe 1 requested to still undergo the medication abortion, but Abundant Hope instructed her that in order to do so she would need to return in two weeks for another ultrasound.

163.    This follow-up ultrasound instruction was not driven by Jane Doe 1's medical needs; even if Abundant Hope's ultrasound assessment was correct, neither a six-week gestational age nor a lack of heartbeat counsels against or requires delay of abortion care.  This instruction was instead intended to manipulate Jane Doe 1's access to reproductive healthcare.

164.    Jane Doe 1 believes she was actually ten weeks pregnant at the time.

165.    There was no doctor present at any point during Jane Doe 1's experience at "Attleboro Women's Health Center," despite Jane Doe 1 being informed that the facility was "staffed with licensed medical professionals."

166.    Jane Doe 1's ultrasound images were allegedly "[e]lectronically signed" several days after her appointment by "Levis Guzman, MD" who, upon information and belief, was not licensed to practice medicine in Massachusetts at the time, nor today.

167.    Abundant Hope made no attempt to communicate with Jane Doe 1 following review by Guzman to convey any diagnosis or other findings.  Abundant Hope did call Jane Doe 1 again, but only to ask if she was keeping the baby.

168.    Abundant Hope's behavior during Jane Doe 1's visit was designed to mislead Jane Doe 1 and delay and even prevent her from obtaining abortion care services from Four Women.

169.    A few days later, Jane Doe 1 attended her appointment with Four Women.  While inside Four Women's office for that appointment, Abundant Hope called Jane Doe 1 on her cell phone. Jane Doe 1, unaware that the caller was Abundant Hope, answered the call.  The Abundant Hope speaker asked Jane Doe 1 about her plans with respect to her pregnancy.  Jane Doe 1 realized the speaker was Abundant Hope and hung up the call.

170.    While she was on this call, Jane Doe 1's support person noticed an individual circling the Four Women facility.  Jane Doe 1 believes this person was affiliated with "Attleboro

Women's Health Center," conducting surveillance, and had seen her enter Four Women.

171.    Abundant Hope's actions, including holding Jane Doe 1 in isolated areas she did not feel free to leave, calling her during her Four Women appointment, and appearing to surveil the Four Women facility, placed Jane Doe 1 in apprehension and fear.  Indeed, while she still seeks reproductive healthcare from Four Women, including birth control, she does not go physically to the facility out of fear of what Abundant Hope had already done and might attempt to do next.

172.    Jane Doe 1's experience and her resulting trauma is not unique:  Four Women staff frequently hear from patients that "Attleboro Women's Health Center" has attempted to interfere with their access to Four Women.

173.    For example, on or around October 25, 2023, Jane Doe 2 had an appointment at Four Women, but because of Abundant Hope's deceptive in-person tactics, she inadvertently went into the "Attleboro Women's Health Center" facility.  Staff onsite led Jane Doe 2 to believe that "Attleboro Women's Health Center" was Four Women, putting her through their intake process and leading her to a sequestration room.  While in the sequestration room, Abundant Hope staff attempted to dissuade Jane Doe 2 from her intended healthcare decisions (terminating her pregnancy) and shamed her for that decision.

174.    Jane Does 3 and 4 also both had appointments with Four Women but inadvertently ended up in "Attleboro Women's Health Center" due to in-person misdirection.  Both women stated they had appointments, and Abundant Hope staff, rather than informing the women they did not have appointments there, proceeded with intake until the women realized they were being misled.

175.    Abundant Hope's deceptive conduct toward women who inadvertently enter the "Attleboro Women's Health Center" facility is designed to target Four Women and the patients

seeking abortion care at Four Women.

176.    Jane Doe 9 also found "Attleboro Women's Health Center" through an Internet search.  She went to Abundant Hope for an abortion in September 2023, only to learn when she was sitting for an ultrasound that Abundant Hope does not provide abortions.  Abundant Hope staff promised to provide Jane Doe 9 with the abortion pill if she still wanted an abortion after sitting for an ultrasound.  Jane Doe 9 complied and was angry and alarmed when Abundant Hope continued to refuse to provide the care that she believed she had scheduled.

177.    Abundant Hope told another woman, Jane Doe 10, that "Attleboro Women's Health Center" was affiliated with Four Women after Jane Doe 10 had gone to the wrong building for her abortion appointment with Four Women.  In trying to talk Jane Doe 10 out of her decision to have an abortion, Abundant Hope told her "horror stories" associated with abortion, gave her a bag of informational pamphlets, and explained that she could pursue "the reversal of medication abortion."  Defendants' misrepresentations have successfully delayed and perhaps even prevented Four Women's patients from accessing Four Women and obtaining services there.

178.    Four Women is aware of this deception through women who have informed Four Women of Defendants' conduct and misrepresentations.  Defendants have likely diverted countless other women seeking reproductive healthcare at Four Women.  On a regular basis, women who have scheduled appointments with Four Women do not show up for their appointments.  Four Women thus reasonably believes there are women for whom Defendants' conduct and misrepresentations have prevented their access to Four Women altogether.

179.    Beyond its attempts to harm Four Women through diverting its patients, Abundant Hope has also attempted to use its physical proximity to intimidate Four Women directly.  On June 22, 2022, Abundant Hope sent Four Women a letter threatening a lawsuit under Massachusetts

General Laws ch. 93A, § 11.  The accusations in the letter were baseless, as Four Women stated

in its letter in response.  True and accurate copies of both letters are attached hereto as **Exhibit F**.

180.     Shortly after this lawsuit was filed, Abundant Hope shut down the AWHC Website.

At present,  the AWHC Website is password protected and no longer accessible to the public.

Upon information and belief, Abundant Hope has not been providing "medical" services since this

lawsuit was filed.

## COUNT I

### Violation of the Lanham Act, 15 U.S.C. § 1125, *et seq.*

181.     Four women incorporates the allegations contained in Paragraphs 1-180 as if fully

set forth herein.

182.     Four Women brings this action under 15 U.S.C. § 1125(a)(1)(B), allowing any

injured person to maintain a civil action against the violator of the Lanham Act.

183.     Defendants made numerous false and misleading statements or representations of

fact about their own services and about reproductive healthcare in commercial advertising,

including on the AWHC Website, via targeted advertisements, and in printed materials.

184.     Defendants' misrepresentations are material in that they relate to the inherent

qualities or characteristics of the services offered by Abundant Hope and would likely influence

the purchasing decisions of a consumer.

185.     Defendants' misrepresentations deceive or have the tendency to deceive a

substantial segment of their audience.

186.     Defendants placed the misrepresentations into interstate commerce.

187.     Four Women has been or is likely to be injured as a result of the misrepresentations,

including but not limited to injuries to its reputation or diversion of sales.

188.    A violation of 15 U.S.C. § 1125(a)(1)(B) entitles Four Women to injunctive relief, statutory damages, and reasonable attorney's fees and costs.  15 U.S.C.S. §§ 1116(a) & 1117(a).

## COUNT II

### Violation of Massachusetts Consumer Protection Act M.G.L. c. 93A, § 1, *et seq.*

189.    Four Women incorporates the allegations contained in Paragraphs 1-188 as if fully set forth herein.

190.    Defendants through their actions and advertising have engaged in unfair competition and deceptive acts in order to manipulate the healthcare marketplace.

191.    Defendants' activities arise in a business context and thus they are engaged in trade and commerce.

192.    Defendants' actions are willful and knowing as they did so with the intent to manipulate the healthcare marketplace.

193.    Defendants' willful violation of M.G.L. c. 93A, § 11 entitles Four Women to injunctive relief, actual damages, treble damages, and reasonable attorney's fees and costs.

194.    "[A]n act or practice is a violation of M.G.L. c.93A, § 2 if . . . [i]t fails to comply with existing statutes, rules, regulations or laws, meant for the protection of the public's health, safety, or welfare promulgated by the Commonwealth or any political subdivision thereof intended to provide the consumers of this Commonwealth protection."  940 Mass. Code Regs. 3.16(3).

195.    The Department of Public Health's authorizing statute, including M.G.L. ch. 111, § 51, and regulations require that an entity advertised, announced, established, or maintained for the purpose of providing ambulatory medical services, including performing ultrasounds, must be licensed with the Department of Public Health.

196.    The Department of Public Health authorizing statute and its regulations are meant

30

for the protection of the public health.

197.    Defendants advertise, announce, establish, and maintain "Attleboro Women's Health Center" as providing ambulatory medical services.

198.    Abundant Hope is not licensed with the Department of Public Health.

199.    Defendants' advertising, announcing, establishing, and maintaining "Attleboro Women's Health Center" as an ambulatory medical service without a license violates the Department of Public Health statute and regulations.

200.    Defendants' violation of these statutes and regulations is a violation of M.G.L. c. 93A and 940 Mass. Code Regs. 3.16(3).

201.    Defendants' willful violation of M.G.L. c. 93A, § 11 entitles Four Women to injunctive relief, actual damages, treble damages, punitive damages, and reasonable attorney's fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Four Women respectfully prays that this Court:

a.    Enter judgment in favor of Four Women and against Defendants on all counts of the Complaint;

b.    Enter preliminary and permanent injunctions preventing Defendants from:

  i.    Misleading and directing women seeking medical services at Four Women to enter Abundant Hope's premises for consultations or ultrasounds;

  ii.    Providing ultrasounds, any diagnosis from ultrasounds, or any other ambulatory services without a license;

  iii.    Promoting Abundant Hope or "Attleboro Women's Health Center" in any way as providing a team of board-certified doctors and

nurses that utilize ultrasounds to diagnose the viability of a
pregnancy; and

iv.  Promoting Abundant Hope or "Attleboro Women's Health Center"
in any way as providing the full range of appropriate and standard
medical care.

c.  Award damages as follows:

i.  Award statutory damages pursuant to 15 U.S.C. § 1117(a).

ii.  Award treble damages, punitive damages, and interest pursuant to
M.G.L. c. 93A, § 11 for unfair trade practices.

d.  Award Four Women the reasonable attorney's fees and costs of this action; and

e.  Award such other and further relief as the Court may deem just and proper.

## **<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff Four Women demands a trial by jury on all issues so triable.

DATED:  January 13, 2025

**Four Women Health Services, LLC,**

By its attorneys,

/s/ *Matthew Patton*
Matthew D. Patton (BBO No. 703798)
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
(617) 338-9400
mdp@mass-legal.com

/s/ *Emily Nash*
Martha Coakley (BBO #87300)
Emily J. Nash (BBO #696460)
Caroline Holliday (BBO #707301)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mcoakley@foleyhoag.com
enash@foleyhoag.com

Brenna Rosen (*pro hac vice*)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

33