# Exhibit B

### Has your pregnancy been confirmed by ultrasound?



Normal pregnancy    Ectopic pregnancy

Ectopic pregnancy is when a pregnancy grows outside the uterus. Ectopic pregnancy is very serious and needs to be treated. A ruptured ectopic pregnancy can cause internal bleeding, infection, and in some cases lead to death.

Are you experiencing abdominal pain, vaginal bleeding, shoulder pain, feeling weak, dizzy or fainting? You may have a serious ectopic pregnancy and abortion is dangerous.

### Abortion Pill (RU-486) - Performed up to 10 weeks of pregnancy

The Abortion Pill consists of two medications which work together to terminate a pregnancy. At the office you will take the first pill, Mifepristone. The pill works to block the production of Progesterone. This will cause the lining of the uterus to break down, cutting off the lifeline to the developing fetus.

24-48 hours later you will take the second pill, Misoprostol. This will cause contractions which will expel the contents of your uterus, including the lining of the uterine walls along with the deceased fetus and sac.

After taking the second pill you may experience heavy bleeding, cramping, possible diarrhea, and lactation from your nipples. Other symptoms may include: dizziness, nausea, abdominal pain, and mild fever or chills.

You will be encouraged to watch for the passing of large blood clots and bodily tissue. It will take from a few hours to several days to fully pass the fetus; however, bleeding may last up to a few weeks. (*If you experience excessive bleeding, blood clots that occur for more than 2 hours, fever, nausea or diarrhea for more than 24 hours, foul smelling discharge, pregnancy symptoms, or extreme depression please contact your doctor immediately.*)

If you're not a candidate for the abortion pill (non-surgical) or if the abortion pill fails, a surgical abortion would be necessary. Some of the most common surgical abortion procedures include:

### Vacuum Aspiration (D&C) Performed up to 13 weeks of pregnancy

Requires a local anesthetic injected into or near the cervix. The cervix is then stretched open, allowing a tube to be inserted. The unborn baby and placenta are then suctioned out. Occasionally, this is followed by a procedure to scrape the walls of the uterus, making sure it has been completely emptied.

### Dilation and Evacuation (D&E) Performed in weeks 13 to 24 of pregnancy (May required 2 to 3 visits)

Laminaria (seaweed) sticks and/or medication are placed into the cervix, slowly opening the cervix over a period of several hours or up to two days. You may be given intravenous medications to help with pain and to prevent infection. A general anesthesia may be given, and the unborn baby and placenta are then removed with forceps and suction curettage. It may be necessary to dismember the unborn baby.

**100% SURE of your choice? If not, WAIT! You have time to explore your options.**

**Immediate Abortion Risks**
Heavy bleeding (hemorrhage) or pelvic infection (sepsis)
Incomplete abortion
Cut or torn cervix or perforation of the wall of the uterus
Anesthesia-related complications
Rh Immune Globulin Disorders

**Long Term Abortion Risks**
Rh blood testing is required for all pregnancies to prevent the mother's body from rejecting future pregnancies. Future childbearing–in some cases, complications associated with abortion may make it difficult or impossible to carry a pregnancy to term in the future.

**Psychological Abortion Risks**
It is important to note that although many women experience a sense of relief initially following an abortion, some women encounter a variety of psychological effects. These range from irritability, difficulty sleeping, depression and even post-traumatic stress disorder. It is helpful for a woman to speak with someone if she is experiencing these symptoms.

### AbortionPillReversal.com

# Regret taking the abortion pill? It may not be too late Call Now 877-558-0333



**No Insurance Required**

### A Story of Regret

"*I went back into the waiting room and when they called me back I was taken to a room with an ultrasound machine. I remember lying down and the doctor checking to see how far along I was. I remember seeing my baby. The doctor then gave me the first abortion pill (mifepristone RU-486). I took the pill with no hesitation. I just wanted out of there and didn't want to think about it ever again. I had to take the second pill the next day so the abortion process would finish. I remember hours after taking the second pill excruciating pain, crying and bleeding. My husband was with me that whole night and neither of us got any sleep. After the abortion we never spoke about it again, but it never left my mind. The guilt haunts me until this day. I think about how old my baby would be and if it would have been a boy or girl.*"