# Exhibit D

# Abortion

## Procedures, Risks, Side Effects

84% of the American sample of women said they did not receive adequate counseling before making the decision to have an abortion.

64% felt pressured by others.

## INFORMATION INSIDE

Abortion Procedures

Fetal Development

Reproductive Health Risks

---

Disclaimer:
**This fact sheet is designed to be an informational tool only. It is not intended to provide medical advice or replace care from a qualified medical practitioner.**

Attleboro **Women's** Health Center

Ph:508-455-0172 | Text: 774-340-0502
152 Emory Street, Unit 4, Attleboro MA 02703
www.awhc.net

---

# Protect Your Future Reproductive Health

## Future Pre-term Deliveries

• Abortion is associated with a significantly increased risk of low birth weight and preterm birth. The risk increases with each additional abortion.¹ Surgical abortion increases relative risk of future preterm birth by 52%, low birth weight by 41% and the number for gestational age by 19%.⁸

• The number of previous [surgical abortions] was significantly associated with endometrial thinning.⁹ A thin endometrium makes achieving and sustaining future pregnancies more difficult.¹⁰

## Breast Cancer

• Studies show that abortion increases a woman's risk of breast cancer. A 2013 analysis revealed a 44% increased risk of breast cancer among females who had at least one induced abortion. The risk increased by 76% and 89% for those who had at least two or three abortions, respectively.¹¹

• Among women who have given birth, an increasing number of full-term pregnancies was associated with a statistically significant decrease in the risk of breast cancer: risk was reduced by 14% for each additional birth.¹²

## STDs & Pelvic Inflammatory Disease

• There is a high prevalence rate of Chlamydia (9.6%) and Gonorrhea (1.9%) among women presenting for abortion.¹³

• Of patients who have a Chlamydia infection at the time of abortion, 23% will develop PID within 4 weeks.¹³

• Some of the complications of PID are: formation of scar tissue both outside and inside the fallopian tubes that can lead to tubal blockage; ectopic pregnancy (pregnancy outside the womb); infertility (inability to get pregnant); long-term pelvic/abdominal pain.¹⁴

## Mental Health

• Women who had undergone an abortion experienced an 81% increased risk of mental health problems, and nearly 10% of the incidence of mental health problems was shown to be attributable to abortion.¹⁵

1. Rao VM, C-Annan PK, Roe JJ Reardon DC 2004). Induced abortion and traumatic stress: A preliminary comparison of American and Russian women. Medical Science Monitor, 10 (10): SR5-16

2. U.S. Food and Drug Administration (2016). Mifeprex Medication Guide. U.S. Department of Health. Retrieved May 02, 2016 from http://www.fda.gov/downloads/Drugs/DrugSafety/ucm088643.pdf

3. Mifeprex Label (2016). Table 4

4. Windcliff D, Drake KC, Chung E, Goldberg AR (chienberg ES, Kulier, et al. 2012). Extending outpatient medical abortion services through 70 days of gestational age." Obstet Gynecol 120:5: 1070-6

5. Sjostrom S, Dragoslavic MH. 2010). "Progesterone use to reverse the effects of mifepristone." Ann Pharmacother. 44(2):529-530

6. Gomez V, Fisk NM (1999). Fetal pain implications for research and practice." Br J Obstet Gynaecol, 106(9): 881-6

7. Noah PK Zao J Knowledge Synthesis Group of Determinants of preterm LBW births (2009). Induced termination of pregnancy and low birthweight and preterm birth; a systematic review and meta-analysis. BJOG 116(11):1425-42

8. Saccone G, Perrera L, Berghella V (2016). "Prior uterine evacuation of pregnancy as independent risk factor for preterm birth; a systematic review and meta-analysis." Am J Obstet Gynecol 214(5):572-91

9. Asuncion J. & Hsiens H. Oduslu H. Endo. H. Suzu J. (2017). "Role of dilatation and curettage performed for spontaneous or induced abortion in the etiology of endometrial thinning." J Obstet Gynecol Res. 43(3):523-9

10. Reichter KS, Baggz RR, Bruner JG, Levy MJ (2007). "Relationship between endometrial thickness and embryo implantation based on 1298 cycles of in vitro transfer with transfer of fresh human eye stage embryos." Fertil Steril 87(1):53-9

11. Huang Y, Zhang X, Li W, Song F, Dai H, Wang J, Gao Y, Liu X, Chen D, Yan Y, Wang Y, Chen K (2014). "A meta-analysis of the association between induced abortion and breast cancer risk among Chinese females." Cancer Causes Control 25(2):227-36

12. Andrieu N, Goldgar DE, Easton DF, Rookus M, Brohet R, Antoniou AC, et al. 2006). "Pregnancies, breast-feeding and breast cancer risk in the international BRCA1/2 carrier cohort study." J Natl Cancer Inst, 98(8): 535-44

13. Westergaard L, Philipsen T, Scheibel J (1982). "Significance of cervical Chlamydia trachomatis infection in postabortal pelvic inflammatory disease." Obstetrics and Gynecology, 68(5): 668-90. Ovgaard L, et al. (1983). "Pelvic inflammatory disease associated with Chlamydia trachomatis infection in pregnant abortuses. By J Venereal Dis, 59: 189-92. Hentschel J, et al. (1987). "The role of vaginal secretory immunoglobulin A, gardnerella vaginalis, anaerobes, and Chlamydia trachomatis in post abortal pelvic inflammatory disease." Acta Obstetricia et Gynecologica Scandinavica, 66(2): 99-102

14. Centers for Disease Control and Prevention (2017). "Pelvic inflammatory disease (PID) - CDC fact sheet." Atlanta, GA: US Department of Health and Human Services. Centers for Disease Control and Prevention. Retrieved May, 2017 from http://www.cdc.gov/std/pid/stdfact-pid-detailed.htm

15. Coleman PK (2011). "Abortion and mental health: quantitative synthesis and analysis of research published 1995-2009." Br J Psych, 199: 180-6