# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC.<br><br>Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. D/B/A ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, AND CHOOSE LIFE MARKETING, LLC,<br><br>Defendants. | Case No. 1:24-cv-12283-JEK |

## DEFENDANT CHOOSE LIFE MARKETING, LLC'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Choose Life Marketing, LLC respectfully moves to dismiss the claims against it filed by Plaintiff Four Women Health Services, LLC. As grounds for this motion, Choose Life Marketing, LLC, relies upon its accompanying memorandum of law in which it explains how Plaintiff's claims under M. G. L. c. 93A fail because that act does not apply to non-profit activities, Plaintiff has not alleged the requisite commercial relationship, nor the requisite deceptive acts necessary to make out a Chapter 93A claim; Plaintiff's claims under under the Lanham Act fail because Choose Life Marketing's speech is not commercial advertising; Plaintiff has failed to allege Choose Life's statements are material, as required under both the Lanham Act and Chapter 93A; and throughout that Plaintiff has not met the heightened pleading standards of Rule 9(b) as required for its fraud-based allegations. Finally, Choose Life Marketing explains that its actions are protected speech under the First Amendment.

Respectfully submitted, this 14th day of March, 2025.

/s/ Peter Breen
Peter Breen†
Martin Cannon†
Michael McHale†
Nathan Loyd†
Thomas More Society
309 W. Washington Street
Suite 1250
Chicago, IL 60606
Telephone: (312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
mcannon@thomasmoresociety.org
mmchale@thomasmoresociety.org
nloyd@thomasmoresociety.org
† *pro hac vice* forthcoming

/s/ Ryan P. McLane
Ryan P. McLane
(BBO# 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

*Attorneys for Defendant Choose Life Marketing LLC*

**CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), on March 14, 2025, counsel for Choose Life Marketing conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised by this motion. Plaintiff's counsel indicated that Plaintiff opposes this motion.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Choose Life Marketing believes that oral argument may assist the Court, and requests oral argument on this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, I served a copy of the foregoing document upon the following counsel of record via email:

Matthew D. Patton (BBO No. 703798)
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
(617) 338-9400
mdp@mass-legal.com

Martha Coakley (BBO # 87300)
Emily J. Nash (BBO #696460)
Caroline Holliday (BBO #707301)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mcoakley@foleyhoag.com
enash@foleyhoag.com

Brenna Rosen (pro hac vice)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

*Attorneys for Plaintiff*

Thomas M. Harvey

Law Office of Thomas M. Harvey
22 Mill Street, Suite 408
Arlington, MA 02476
Tel: 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com

*Attorney for Defendants Abundant Hope Pregnancy Resource Center, d/b/a Attleboro Women's Health Center, Catherine Roman, Nicole Carges, and Darlene Howard*

| | |
|---|---|
| Dated: <u>March 14, 2025</u> | <u>/s/ Ryan P. McLane</u> |
| | Ryan P. McLane |
| | (BBO# 697464) |
| | McLane & McLane, LLC |
| | 269 South Westfield Street |
| | Feeding Hills, MA 01030 |
| | (413) 789-7771 |
| | ryan@mclanelaw.com |