UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC.<br><br>Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. D/B/A ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, AND CHOOSE LIFE MARKETING, LLC,<br><br>Defendants. | Case No. 1:24-cv-12283-JEK |

**DEFENDANT CHOOSE LIFE MARKETING, LLC'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant Choose Life Marketing respectfully moves that it be allowed to file the attached memorandum in support of its Motion to Dismiss *instanter*, which exceeds the Local Rule 7.1(b)(4) page limit by 8 pages, for a total of 28 pages of argument. Due to the importance of the constitutional issues at stake in this matter, the complexity of the precedent interpreting the Lanham Act and Mass. Gen. Laws Ch. 93(A), both in federal and state courts, Choose Life requires additional pages to fully brief the issues relevant to their motion. Choose Life's counsel conferred with Plaintiff's counsel, and they indicated that Plaintiff assents to a motion for an additional 15 pages. Therefore, Choose Life respectfully requests leave to file the attached memorandum of law in support of its Motion to Dismiss, of 28 pages of argument.

Respectfully submitted, this 14th day of March, 2025.

/s/ Peter Breen
Peter Breen†
Martin Cannon†
Michael McHale†
Nathan Loyd†
Thomas More Society
309 W. Washington Street
Suite 1250
Chicago, IL 60606
Telephone: (312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
mcannon@thomasmoresociety.org
mmchale@thomasmoresociety.org
nloyd@thomasmoresociety.org
† *pro hac vice* forthcoming

/s/ Ryan P. McLane
Ryan P. McLane
(BBO# 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

*Attorneys for Defendant Choose Life Marketing*

**CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), on March 14, 2025, counsel for Choose Life Marketing conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issues raised by this motion. Plaintiff's counsel indicated that Plaintiff does not oppose this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Dated: March 14, 2025               /s/ Ryan P. McLane
                                    Ryan P. McLane
                                    (BBO# 697464)
                                    McLane & McLane, LLC
                                    269 South Westfield Street
                                    Feeding Hills, MA 01030
                                    (413) 789-7771
                                    ryan@mclanelaw.com