UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD,<br><br>                     Defendants. | CIVIL ACTION No. 1:24-CV-12283-JEK |

**NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record.

    Please take notice that I, Ryan P. McLane, of McLane & McLane LLC, am authorized to practice in this court, and I appear as counsel for the Defendant, Choose Life Marketing LLC, in the above-captioned matter.

Dated: March 14, 2025

                                                              Respectfully submitted,

                                                              /s/ Ryan P. McLane
                                                              Ryan P. McLane
                                                              (BBO# 697464)
                                                              McLane & McLane, LLC
                                                              269 South Westfield Street
                                                              Feeding Hills, MA 01030
                                                              (413) 789-7771
                                                              ryan@mclanelaw.com

                                                              *Attorney for Defendant,*
                                                              *Choose Life Marketing, LLC*

## CERTIFICATE OF SERVICE

I, Ryan P. McLane, certify that on March 14, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system. Plaintiff's counsel will receive notice via the Electronic Filing System.

/s/ Ryan P. McLane
Ryan P. McLane
