# EXHIBIT B

Case 1:24-cv-12283-JEK   Document 68-2   Filed 03/17/25   Page 2 of 11

https://awhc.net/services/
28 captures
9 Aug 2020 - 26 Sep 2024

# ATTLEBORO Women's Health CENTER

Call Us: **508-455-0172**   Text Us: **508-455-0172**   MAKE AN APPOINTMENT

HOME   PREGNANT?   SERVICES +   OPTIONS +   FAQ   BLOG   CONTACT



## Services

## Our Commitment To You

At Attleboro Women's Health Center, your Care Team consists of physicians, nurses, and ultrasonographers who will provide you with compassionate and accurate medical information free of charge.

## A Quick Guide To Your Appointment:

Your privacy is of utmost importance. When you make an appointment, be confident that:

- Our services are free
- Our staff includes licensed medical professionals
- You will receive respectful and confidential assistance
- You can bring a friend or family member for support
- We will provide medically accurate information about your options
- You will have a safe place to weigh all your options
- Our location is private and discreet
- There's free on-site parking available

MAKE AN APPOINTMENT

## Pregnancy Testing

Even if you've taken a home pregnancy test, getting a second opinion from a licensed medical professional is essential. Our free lab-quality pregnancy tests are 99% accurate and administered by a nurse. You can be confident you're getting the most accurate result.

LEARN MORE

## Ultrasounds

If you received a positive pregnancy test result at Attleboro Women's Health Center, your next step is to have an ultrasound. We offer pregnancy confirmation through free limited obstetrical ultrasound scans.

LEARN MORE

## Pregnancy Consultation

We want to assure you that you have options. With our help, you can gain confidence, feel empowered, and be ready to make your own decision. No one can legally force or coerce you to choose one option over another. You are the only one who decides.

LEARN MORE

## STD Testing

Most forms of contraception are ineffective in preventing the spread of STDs/STIs, which is why it's essential to get tested after having sexual contact.

LEARN MORE

---

> "Great place for women considering abortion. Staff is friendly and nonjudgmental."

### Book Appointment

**Name** *
First: [FIRST]   Last: [LAST]

**Email** *
[EMAIL ADDRESS]

**Phone** *
[PHONE NUMBER]

**Message** *
[MESSAGE]

SUBMIT

## Contact Us

**ATTLEBORO**
**Women's Health**
CENTER

### ADDRESS

152 Emory Street, Unit 4 Rear
Attleboro, MA 02703

### HOURS

Monday: 9am - 3pm
Tuesday: Closed
Wednesday: 9am - 3pm
Thursday: 9am - 3pm
Friday: Closed
Saturday: 7am - 11am
Sunday: Closed

### PHONE

508-455-0172

### TEXT

508-455-0172

### EMAIL

help@awhc.net

PREGNANT?   SERVICES   OPTIONS   FAQ   CONTACT

The licensed medical professionals at Attleboro Womens Health Center specialize in pregnancy confirmation and helping those who are facing an unintended pregnancy. Our services are provided at no cost, and we do not profit from your choice. We do not provide gynecologic or extended obstetrical care, nor do we perform or refer for abortion services. The information presented on this website is intended for general education purposes only and should not be relied upon as a substitute for professional and/or medical advice.

Copyright © 2024 Attleboro Women's Health . All Right Reserved | Privacy Policy | Web Usage Policy



# Reasons You Need An Ultrasound Before Abortion

June 7, 2024

If you're considering an abortion, it's essential to get an ultrasound. This simple scan will give you the critical information you need to stay safe, including your pregnancy's gestational age (how far along you are), its location (growing in your uterus), and if it's viable (if there's a heartbeat).

Read on to learn more about the reasons you need an ultrasound before an abortion. Or, if you want to schedule a free ultrasound appointment and talk in a safe, non-judgmental environment, contact Attleboro Women's Health Center today. Same-day appointments may be available.

## Abortion Comes With Risks

Abortion comes with risks to your physical and mental health. For example, the abortion pill is associated with the following risks:

- Incomplete abortion, which is when parts of the terminated pregnancy remain in your uterus
- Heavy and prolonged bleeding
- Infection
- Fever
- Digestive system discomfort

You're more likely to experience one of these risks if your pregnancy is past 10 weeks gestation (the abortion drugs are only FDA-approved if your pregnancy is 10 weeks gestation or under). An ultrasound can help determine your pregnancy's gestational age.

## Ultrasound Reveals Details You Need To Know To Stay Safe

Along with determining how far along you are in your pregnancy, an ultrasound also reveals your pregnancy's location. This is important for ruling out ectopic pregnancy, which is when a pregnancy attaches and grows outside the uterus. It's a life-threatening situation that requires immediate medical intervention.

Ultrasound will also help determine your pregnancy's viability by looking for signs of life that decide whether or not you're still pregnant or have had a miscarriage. Because 26% of all pregnancies end in miscarriage, this is a critical step. If you've experienced one, you will need medical follow-up to ensure you don't face complications.

## Next Steps

Navigating your pregnancy options can feel overwhelming, but you're not alone in this. At Attleboro Women's Health Center, we're here for you.

Contact us today to schedule your free, confidential appointment. Same-day appointments may also be available.

> " Great place for women considering abortion. Staff is friendly and nonjudgmental. "

### Book Appointment

**Name** *
- First
- Last

**Email** *

**Phone** *

**Message** *

SUBMIT

Contact Us

ATTLEBORO
Women's Health
C E N T E R

**ADDRESS**

152 Emory Street, Unit 4 Rear
Attleboro, MA 02703

**HOURS**

Monday: 9am - 3pm
Tuesday: Closed
Wednesday: 9am - 3pm
Thursday: 9am - 3pm
Friday: Closed
Saturday: 7am - 11am
Sunday: Closed

**PHONE**

508-455-0172

**TEXT**

508-455-0172

**EMAIL**

help@awhc.net

PREGNANT?   SERVICES   OPTIONS   FAQ   CONTACT

The licensed medical professionals at Attleboro Womens Health Center specialize in pregnancy confirmation and helping those who are facing an unintended pregnancy. Our services are provided at no cost, and we do not profit from your choice. We do not provide gynecologic or extended obstetrical care, nor do we perform or refer for abortion services. The information presented on this website is intended for general education purposes only and should not be relied upon as a substitute for professional and/or medical advice.

Copyright © 2024 Attleboro Women's Health . All Right Reserved | Privacy Policy | Web Usage Policy

Case 1:24-cv-12283-JEK    Document 68-2    Filed 03/17/25    Page 6 of 11



# Options



## Abortion

If you're considering abortion for your unexpected pregnancy, learn about the procedures, side effects, and potential risks beforehand. You owe it to yourself to become fully informed in order to make a confident decision.

LEARN MORE



## Adoption

Like all of your options, adoption may be a difficult choice to make. It is challenging, selfless, and loving. Let's talk about making an adoption plan. You may be surprised at the benefits available for you through adoption.

LEARN MORE



## Parenting

Becoming a parent is a life-altering decision, but your unexpected pregnancy has already changed your life. Now's the time to look at all your options, and parenthood is one of them.

LEARN MORE

> Great place for women considering abortion. Staff is friendly and nonjudgmental.

### Book Appointment

**Name** *
First / Last

**Email** *
EMAIL ADDRESS

**Phone** *
PHONE NUMBER

**Message** *
MESSAGE

SUBMIT

---

## Contact Us

**ADDRESS**
152 Emory Street, Unit 4 Rear
Attleboro, MA 02703

**HOURS**
Monday: 9am - 3pm
Tuesday: Closed
Wednesday: 9am - 3pm
Thursday: 9am - 3pm
Friday: Closed
Saturday: 7am - 11am
Sunday: Closed

**PHONE**
508-455-0172

**TEXT**
508-455-0172

**EMAIL**
help@awhc.net

PREGNANT?    SERVICES    OPTIONS    FAQ    CONTACT

The licensed medical professionals at Attleboro Womens Health Center specialize in pregnancy confirmation and helping those who are facing an unintended pregnancy. Our services are provided at no cost, and we do not profit from your choice. We do not provide gynecologic or extended obstetrical care, nor do we perform or refer for abortion services. The information presented on this website is intended for general education purposes only and should not be relied upon as a substitute for professional and/or medical advice.

Copyright © 2024 Attleboro Women's Health. All Right Reserved | Privacy Policy | Web Usage Policy

Case 1:24-cv-12283-JEK    Document 68-2    Filed 03/17/25    Page 7 of 11



## Thinking About Abortion?

Many women have questions about the abortion pill and other abortion procedures.

- How far along can I be to take the abortion pill?
- If I take the abortion pill, will it be painful?
- Will I see the baby?
- Can I change my mind after the first abortion pill?
- How long will I bleed after my abortion?
- What if I'm too far along or don't want the abortion pill?

These are important questions to have answered so that you can make an empowered and confident decision. You owe it to yourself to get accurate information from one of our experienced CareTeam members. Same-day appointments may be available.

MAKE AN APPOINTMENT

## Have You Confirmed Your Pregnancy?

Even if you've taken a home pregnancy test, you need more information. It's critical to confirm that your pregnancy is viable (growing inside the uterus with a detectable heartbeat) with an ultrasound.

## Why Is It Important To Confirm Your Pregnancy If You Want An Abortion?

Some pregnancies may end naturally in miscarriage, but it is important for your health and safety to make sure that you don't have an ectopic pregnancy or active sexually transmitted infection. Both of these can cause life-threatening outcomes that could jeopardize your future reproductive health. Your reproductive health should be top priority.

## Types Of Abortion

There are two main methods of abortion: medication and surgical. How far along you are in your pregnancy determines the method an abortion provider uses.

Knowing how many weeks you've been pregnant (gestational age) is vital. Find out with a free limited ultrasound from our center.

## Medication Abortion

A medication abortion, otherwise known as the abortion pill abortion procedure, is a chemical abortion through 70 days gestation or 10 weeks (70 days or less since the first day of a woman's last menstrual period). This method will cause you to pass the pregnancy at home. Ask the clinic for emergency protocol.

### Side Effects

- Bleeding with large blood clots (up to the size of a lemon)
- Cramping
- Nausea
- Weakness
- Fever and chills
- Headache

> "Great place for women considering abortion. Staff is friendly and nonjudgmental."

**Book Appointment**

Name *
Email *
Phone *
Message *

SUBMIT

- Diarrhea
- Dizziness

## Potential Risks

- Incomplete abortion
- Heavy and prolonged bleeding (up to 8 weeks or more)
- Infection
- Fever
- Digestive system discomfort

# Surgical Abortion

You can opt for a surgical abortion, especially if your pregnancy is past the 70-day FDA deadline. Abortion providers use surgical abortions for later-term abortions, as well.

## Vacuum Aspiration

- Performed up to 13 weeks of pregnancy
- Often requires a local anesthetic injected into or near the cervix
- The provider may need to stretch the cervix to insert the vacuum tube
- The vacuum tube suctions out the fetus and placenta
- Bleeding may occur for four weeks or more
- Ask the clinic for emergency protocol

## Dilation And Curettage (D & C)

- Includes the above actions but is followed by a procedure to scrape the walls of the uterus

## Dilation And Evacuation (D & E)

- Performed in weeks 13-24 of pregnancy
- It may require two to three doctor's office visits
- Laminaria (seaweed) sticks and/or medication are placed into the cervix, slowly opening the cervix over several hours or up to two days
- The provider may give intravenous medications to help with pain and prevent infection
- Forceps, scraping, and suction curettage remove the fetus and placenta
- Bleeding may occur for up to 4 weeks or more
- Ask the clinic for their emergency protocol

## Side Effects

- Bleeding
- Spotting
- Cramping
- Breast pain
- Nausea
- Dizziness

## Potential Risks

- Damage to cervix
- Scar tissue on the wall of the uterus
- Puncturing of the uterus
- Infection

# Emotional Side Effects Of Abortion

Many women report feeling relieved immediately following their abortion. As time goes on, some women report adverse emotional side effects. These include:

- Guilt
- Anxiety
- Sadness
- Regret
- Anger
- Difficulty sleeping
- Depression

# How Can We Help?

Abortion is a difficult decision, but our Care Team will provide the necessary information and answer all your questions. The decision is yours and yours alone.

Make a free and confidential appointment today to talk about abortion and your other options. We are here for you.

Contact Us

Attleboro Women's Health Center

ADDRESS
152 Emory Street, Unit 4 Rear
Attleboro, MA 02703

PHONE
508-455-0172

HOURS
Monday: 9am - 3pm

TEXT
508-455-0172

Tuesday: Closed
Wednesday: 9am - 3pm
Thursday: 9am - 3pm
Friday: Closed
Saturday: 7am - 11am
Sunday: Closed

EMAIL

help@awhc.net

PREGNANT?   SERVICES   OPTIONS   FAQ   CONTACT

The licensed medical professionals at Attleboro Womens Health Center specialize in pregnancy confirmation and helping those who are facing an unintended pregnancy. Our services are provided at no cost, and we do not profit from your choice. We do not provide gynecologic or extended obstetrical care, nor do we perform or refer for abortion services. The information presented on this website is intended for general education purposes only and should not be relied upon as a substitute for professional and/or medical advice.

Copyright © 2024 Attleboro Women's Health . All Right Reserved | Privacy Policy | Web Usage Policy



Call Us: **508-455-0172**      Text Us: **508-455-0172**      MAKE AN APPOINTMENT

HOME    PREGNANT?    SERVICES +    OPTIONS +    FAQ    BLOG    CONTACT



Blog

# Three Things Needed Before Abortion

June 29, 2023

If you're pregnant and considering an abortion, your health and safety are a top concern. To protect yourself and get the facts you need, there are three things you'll want to do before scheduling that abortion appointment.

Read on to learn more about the three things needed before an abortion. Or, if you want to talk to someone in person about the risks of abortion and your options, contact Attleboro Women's Health Center to schedule a free, confidential appointment.

## Ultrasound

Getting an ultrasound is vital before undergoing an abortion. This harmless scan will reveal the key information you need to stay safe and help you make your decision. An ultrasound will show the following:

- **The location of your pregnancy.** Most of the time, pregnancies develop in the uterus. But sometimes, they grow outside the uterus, usually in the fallopian tube. This is known as an ectopic pregnancy, and it's a life-threatening condition that needs immediate medical treatment. An abortion can't be performed if you're having an ectopic pregnancy.
- **The viability of your pregnancy.** It's estimated that roughly 26% of all pregnancies end in miscarriage, and it's possible to have had a miscarriage without early symptoms. An ultrasound can reveal if you've had, or are having, a miscarriage. If so, you'll need specialized medical intervention.
- **The age of your pregnancy.** This is a necessary detail that can only be discerned by an ultrasound. If your pregnancy is older than 10 weeks, a medical abortion (also known as the "abortion pill") isn't recommended due to the increased risk of adverse events.

## Medical History Review

Medical/chemical abortions, which are done earlier in pregnancy (up to 10 weeks), are riskier and aren't recommended if you have certain medical conditions or if you meet specific criteria. This is why it's important to talk to a qualified medical team before seeking an abortion.

Some situations in which a medical abortion isn't recommended include, but aren't limited to:

- Having an intrauterine device (IUD) in place
- Having a bleeding disorder
- Being on steroid medications
- Being allergic to the drugs used Pregnancy Consultation

Abortion is one of the biggest decisions of your life. It is a permanent, life-changing choice, and it's essential to know all you can about your different options before making your decision.

At Attleboro Women's Health Center, we offer FREE pregnancy consultations that give you all the information you need to know about each of your pregnancy options, which include parenting, adoption, and abortion. Only after receiving all the information will you feel confident in making the best decision for you.

## Next Steps

Thinking about your pregnancy options can feel confusing because there's so much

> " Great place for women considering abortion. Staff is friendly and nonjudgmental. "

Book Appointment

Name *
First | Last

Email *

Phone *

Message *

SUBMIT

conflicting information on the Internet. We understand, and we believe knowledge is power. This is why we offer free pregnancy resources that can help you feel empowered to make an informed decision about what to do next.

Contact us today to schedule a free, confidential appointment. We're a great place to start and are here for you with a FREE ultrasound, pregnancy consultation, and more.

## Contact Us

**ADDRESS**
152 Emory Street, Unit 4 Rear
Attleboro, MA 02703

**HOURS**
Monday: 9am - 3pm
Tuesday: Closed
Wednesday: 9am - 3pm
Thursday: 9am - 3pm
Friday: Closed
Saturday: 7am - 11am
Sunday: Closed

**PHONE**
508-455-0172

**TEXT**
508-455-0172

**EMAIL**
help@awhc.net

PREGNANT?   SERVICES   OPTIONS   FAQ   CONTACT

The licensed medical professionals at Attleboro Womens Health Center specialize in pregnancy confirmation and helping those who are facing an unintended pregnancy. Our services are provided at no cost, and we do not profit from your choice. We do not provide gynecologic or extended obstetrical care, nor do we perform or refer for abortion services. The information presented on this website is intended for general education purposes only and should not be relied upon as a substitute for professional and/or medical advice.

Copyright © 2024 Attleboro Women's Health . All Right Reserved | Privacy Policy | Web Usage Policy