**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

FOUR WOMEN HEALTH SERVICES, LLC,

                    Plaintiff,

         v.

ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD,

                    Defendants.

No. 1:24-CV-12283-JEK

**MOTION TO ADMIT ATTORNEYS PETER BREEN, MARTIN CANNON, MICHAEL MCHALE, AND NATHAN LOYD *PRO HAC VICE***

Pursuant to Local Rule 85.5.3 of the United States District Court for the District of Massachusetts, the undersigned counsel, duly admitted to practice before this Court, hereby moves for the admission of Peter Breen, Martin Cannon, Michael McHale, and Nathan Loyd to appear pro hac vice in the above-captioned matter as counsel for Defendant, Choose Life Marketing, LLC.

The undersigned counsel has filed an appearance in this case and is a member in good standing in this Court.

Dated: March 17, 2025

Respectfully submitted,

/s/ Ryan P. McLane
Ryan P. McLane
(BBO# 697464)
McLane & McLane, LLC
269  South Westfield Street
Feeding Hills, MA 01030
Telephone: (413)-789-7771
ryan@mclanelaw.com

*Attorney for Defendant,
Choose Life Marketing, LLC*

1

## CERTIFICATE OF SERVICE

I, Ryan P. McLane, certify that on March 17, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system. Plaintiff's counsel will receive notice via the Electronic Filing System.

/s/ Ryan P. McLane
Ryan P. McLane