**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

FOUR WOMEN HEALTH SERVICES,
LLC,

                Plaintiff,

      v.

ABUNDANT HOPE PREGNANCY
RESOURCE CENTER INC., d/b/a
ATTLEBORO WOMEN'S HEALTH
CENTER, CATHERINE ROMAN, NICOLE
CARGES, and DARLENE HOWARD,

                Defendants.

N No. 1:24-CV-12283-JEK

**CERTIFICATE OF NATHAN LOYD**

Pursuant to Local Rule 85.5.3 of the Unites States District Court for the District of

Massachusetts, I, Nathan Loyd, hereby certify:

1. I am a member of the bar in the state of Georgia (Bar No. 249027).

2. I am a member in good standing in every jurisdiction in which I am admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am

   a member of the bar.

4. I have not previously had a pro hac vice admission to this court (or other admission for a

   limited purpose under Local Rule 85.5.3)  revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court

   for the District of Massachusetts.

1

2

Dated: March 14, 2025

Respectfully submitted,

/s/ Nathan Loyd
Nathan Loyd
Thomas More Society
309 W. Washington Street, Ste. 1250
Chicago, IL 60606
Telephone: (312) 896-0151
nloyd@thomasmoresociety.org

2