UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FOUR WOMEN HEALTH SERVICES, LLC,

        Plaintiff,

v.

ABUNDANT HOPE PREGNANCY RESOURCE
CENTER INC., d/b/a ATTLEBORO WOMEN'S
HEALTH CENTER,
CATHERINE ROMAN, NICOLE CARGES,
DARLENE HOWARD, and CHOOSE LIFE
MARKETING, LLC,

        Defendants.

Civil Action No: 1:24-cv-12283-JEK

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE
OPPOSITION TO DEFENDANT CHOOSE LIFE MARKETING'S
MOTION TO DISMISS**

Plaintiff Four Women Health Services, LLC ("Four Women") submits this unopposed

motion to extend the deadline, until April 18, 2025, for Plaintiff to file a response in opposition to

Defendant Choose Life Marketing, LLC's ("Choose Life Marketing") Motion to Dismiss. Choose

Life Marketing, through counsel, has indicated that it does not oppose the requested extension.

In support of this motion, Plaintiff states as follows:

1.      The Amended Complaint in this matter was filed on January 13, 2025. *See* ECF 59.

Choose Life Marketing was served via certified mail on December 6, 2024, and via email on

January 13, 2025. *See* ECF 62.

2.      On March 14, 2025, Choose Life Marketing filed a Motion to Dismiss Plaintiff's

Amended Complaint. *See* ECF 64.

1

3.      Plaintiff respectfully requests an extension until April 18, 2025 to file its response in opposition to Choose Life Marketing's Motion to Dismiss.

4.      The requested extension is necessary due to the undersigned counsel's conflicts over the next couple of weeks, including a child's surgery, multiple all-day mediations and hearings, and engagement in an upcoming trial at the end of March.

5.      Counsel for Choose Life Marketing has stated that it does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the deadline for filing its response in opposition to Choose Life Marketing's Motion to Dismiss be extended until April 18, 2025.

2

DATED: March 21, 2025

Four Women Health Services, LLC

By its attorneys,

/s/ *Brenna Rosen*  _____
Brenna Rosen (*pro hac vice*)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

Matthew D. Patton (BBO No. 703798)
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
(617) 338-9400
mdp@mass-legal.com

/s/ *Emily Nash*
Martha Coakley (BBO # 87300)
Emily J. Nash (BBO #696460)
Caroline Holliday (BBO #707301)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mcoakley@foleyhoag.com
enash@foleyhoag.com

3

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Brenna Rosen, certify that Plaintiff's counsel has conferred with counsel for Defendants in good faith concerning the foregoing request. On March 20, 2025, counsel for Defendants stated that they do not oppose the extension requested herein.

/s/ *Brenna Rosen*
Brenna Rosen

## CERTIFICATE OF SERVICE

I, Brenna Rosen, certify that on March 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendants by electronically serving its counsel of record.

/s/ *Brenna Rosen*
Brenna Rosen