AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Four Women Health Services, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-12283-JEK |
| Abundant Hope Pregnancy Resource Ctr, Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Choose Life Marketing.

Date:   03/26/2025

/s/Peter Breen
*Attorney's signature*

Peter Breen, IL 6271981
*Printed name and bar number*
309 W Washington St Ste 1250
Chicago, IL 60189

*Address*

pbreen@thomasmoresociety.org
*E-mail address*

(312) 782-1680
*Telephone number*

(312) 878-7464
*FAX number*