## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

FOUR WOMEN HEALTH SERVICES, LLC.

                Plaintiff,

v.

ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. D/B/A ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, AND CHOOSE LIFE MARKETING, LLC,

                Defendants.

Case No. 1:24-cv-12283-JEK

### MOTION OF DEFENDANTS ABUNDANT HOPE PREGNANCY RESOURCE CENTER, CATHERINE ROMAN, NICOLE CARGES, AND DARLENE HOWARD FOR JUDGMENT ON THE PLEADINGS

       Pursuant to Federal Rule of Civil Procedure 12(c), Defendants Abundant Hope Pregnancy Resource Center Inc., Catherine Roman, Nicole Carges, and Darlene Howard (Moving Defendants) respectfully move for judgment on the pleadings and dismissal with prejudice of all of Plaintiff's claims against them.

       In support of this motion, the Defendants attach hereto their Memorandum in Support of Motion of Defendants Abundant Hope Pregnancy Resource Center, Catherine Roman, Nicole Carges, and Darlene Howard for Judgment on the Pleadings.

                      /s/ Thomas M. Harvey
                      Thomas M. Harvey
                      Law Office of Thomas M. Harvey
                      22 Mill Street, Suite 408
                      Arlington, MA 02476

Tel: 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com

*Attorney for Defendants Abundant Hope Pregnancy Resource Center Inc., Catherine Roman, Nicole Carges, and Darlene Howard*

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), on April 4, 2025, counsel for moving Defendants made a good faith attempt to resolve or narrow the issues raised by this motion by telephoning two of the Plaintiff's attorneys and by emailing them.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), moving Defendants believe that oral argument may assist the Court, and request oral argument on this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I served a copy of the foregoing document upon the following counsel of record via email:

Matthew D. Patton (BBO No. 703798)
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
(617) 338-9400
mdp@mass-legal.com

Martha Coakley (BBO # 87300)
Emily J. Nash (BBO #696460)
Caroline Holliday (BBO #707301)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mcoakley@foleyhoag.com
enash@foleyhoag.com

2

Brenna Rosen (pro hac vice)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

*Attorneys for Plaintiff*

Peter Breen
Martin Cannon
Michael McHale
Nathan Loyd
Thomas More Society
309 W. Washington Street
Suite 1250
Chicago, IL 60606
Telephone: (312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
mcannon@thomasmoresociety.org
mmchale@thomasmoresociety.org
nloyd@thomasmoresociety.org

Ryan P. McLane
(BBO# 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

*Attorneys for Defendant Choose Life Marketing, LLC*

Dated: <u>April 4, 2025</u>

<u>/s/ Thomas M. Harvey</u>
Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street, Suite 408
Arlington, MA 02476
Tel: 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com