## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC.<br><br>                Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, and CHOOSE LIFE MARKETING, LLC,<br><br>                Defendants. | Case No. 1:24-cv-12283-JEK |

### DEFENDANT CHOOSE LIFE MARKETING, LLC's UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), Defendant Choose Life Marketing, LLC ("Choose Life") respectfully requests leave to file a reply brief in support of its Motion to Dismiss (Dkt. 64). A copy of the proposed reply brief is attached hereto as Exhibit A.

Choose Life respectfully contends that the proposed reply brief will assist the Court in resolving Choose Life's Motion to Dismiss, clarifying the issues between the parties, along with preserving valuable Court time at the parties' oral argument on July 29, 2025 (Dkt. 83). Choose Life's Motion to Dismiss (Dkt. 64) and Plaintiff's Opposition (Dkt. 81) implicate significant First Amendment interests, along with numerous issues of state and federal statutory law.

On May 29, 2025, the parties conferred regarding Choose Life's Motion for Leave to File a Reply Brief. Plaintiff's counsel indicated that Plaintiff does not oppose this motion.

Accordingly, Defendant respectfully requests leave to file the attached reply brief.

Respectfully submitted this 2nd day of June, 2025.

/s/ Peter Breen
/s/ Nathan Loyd
Peter Breen†
Martin Cannon†
Michael McHale†
Nathan Loyd†
Thomas More Society
309 W. Washington Street
Suite 1250
Chicago, IL 60606
Telephone: (312) 782-1680
Fax: (336) 900-6535
pbreen@thomasmoresociety.org
mcannon@thomasmoresociety.org
mmchale@thomasmoresociety.org
nloyd@thomasmoresociety.org
† admitted *pro hac vice*

/s/ Ryan P. McLane
Ryan P. McLane
(BBO# 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

*Attorneys for Defendant Choose Life Marketing LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I served a copy of the foregoing document upon the following counsel of record via CM/ECF:

Matthew D. Patton (BBO No. 703798)
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
(617) 338-9400
mdp@mass-legal.com

Martha Coakley (BBO # 87300)
Emily J. Nash (BBO #696460)
Caroline Holliday (BBO #707301)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mcoakley@foleyhoag.com
enash@foleyhoag.com

Brenna Rosen (pro hac vice)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

*Attorneys for Plaintiff*

Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street, Suite 408
Arlington, MA 02476
Tel: 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com

*Attorney for Defendants Abundant Hope Pregnancy Resource Center, d/b/a Attleboro Women's Health Center, Catherine Roman, Nicole Carges, and Darlene Howard*

Dated: June 2, 2025    /s/ Nathan Loyd
Nathan Loyd
*Attorney for Defendant Choose Life Marketing, LLC*