**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC. <br><br> Plaintiff, <br><br> v. <br><br> ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. D/B/A ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, AND CHOOSE LIFE MARKETING, LLC, <br><br> Defendants. | Case No. 1:24-cv-12283-JEK <br><br><br> The Hon. Julia E. Kobick <br> U.S. District Judge |

**DEFENDANTS' MOTION FOR RECONSIDERATION**

Pursuant to Fed. R. Civ. P. 59(e), the above-captioned Defendants respectfully move this Court for reconsideration of its order denying Choose Life Marketing's motion to dismiss and partially granting and partially denying the remaining Defendants' motion for judgment on the pleadings. (Doc. 94.) As grounds for this motion, Defendants rely on their accompanying memorandum of law in which they explain that the Supreme Court's intervening decision in *Chiles v. Salazar*, 607 U.S. ---, 146 S. Ct. 1010 (March 31, 2026) clarifies and confirms that Defendants' targeted speech is protected by the First Amendment, contrary to this Court's order. Defendants also explain the order did not address their arguments seeking dismissal of Plaintiff's attempts to censor protected pro-life viewpoints on the link between abortion and breast cancer and the dangers of chemical abortion for ectopic pregnancies, which are likewise protected under *Chiles*. Reconsideration is thus appropriate for these reasons.

Respectfully submitted, this 23rd day of April, 2026.

/s/ Peter Breen
Peter Breen†
Michael McHale†
Nathan Loyd†
Thomas More Society
121 W. Wacker Dr.
Suite 650
Chicago, IL 60601
(312) 878-7464
pbreen@thomasmoresociety.org
mmchale@thomasmoresociety.org
nloyd@thomasmoresociety.org
† admitted *pro hac vice*

/s/ Ryan P. McLane
Ryan P. McLane
(BBO# 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

*Attorneys for Defendant*
*Choose Life Marketing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, I served a copy of the foregoing document upon all counsel of record via CM/ECF.

Dated: April 23, 2026                    /s/ Peter Breen
                                         Peter Breen
                                         *One of the Attorneys for Defendant*
                                         *Choose Life Marketing, LLC*


## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel certifies that he corresponded with Plaintiff's counsel regarding this motion and its substance. Plaintiff's counsel indicated that Plaintiff opposes the relief requested in this motion.

Dated: April 23, 2026                    /s/ Peter Breen
                                         Peter Breen
                                         *One of the Attorneys for Defendant*
                                         *Choose Life Marketing, LLC*