**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC. <br><br> Plaintiff, <br><br> v. <br><br> ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. D/B/A ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, AND CHOOSE LIFE MARKETING, LLC, <br><br> Defendants. | Case No. 1:24-cv-12283-JEK |

**MOTION OF DEFENDANTS, ABUNDANT HOPE PREGNANCY RESOURCE CENTER, INC., CATHERINE ROMAN, NICOLE CARGES, AND DARLENE HOWARD TO JOIN AND ADOPT CODEFENDANT CHOOSE LIFE MARKETING, LLC's MOTION FOR RECONSIDERATION**

In the interests of judicial economy, and because the identical issues and arguments substantially apply to them, defendants Abundant Hope Pregnancy Center, Inc., Catherine Roman, Nicole Carges, and Darlene Howard hereby move to join and adopt as though fully set forth at length herein, codefendant Choose Life Marketing, LLC's Motion for Reconsideration of the court's order denying its motion to dismiss. The defendants making this motion seek to join in Choose Life Marketing's arguments to the extent they relate to the court's denial of their Motion for Judgment on the Pleadings regarding Count I of the Plaintiff's Amended Complaint.

Respectfully Submitted,

May 1, 2026

/s/ Thomas M. Harvey
Thomas M. Harvey
Law Office of Thomas M. Harvey
993 Massachusetts Ave., Suite 306
Arlington, MA 02476
Tel: 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com

*Attorney for Defendants Abundant Hope Pregnancy Resource Center Inc., Catherine Roman, Nicole Carges, and Darlene Howard*

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

The undersigned counsel certifies that on April 30, 2026, he corresponded with Plaintiff's counsel regarding this motion and its substance. Plaintiff's counsel indicated that Plaintiff opposes the relief requested in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I served a copy of the foregoing document upon all counsel of record via CM/ECF.

Dated: May 1, 2026

/s/ Thomas M. Harvey
Thomas M. Harvey
Law Office of Thomas M. Harvey
993 Massachusetts Ave., Suite 306
Arlington, MA 02476
Tel: 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com