**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC.<br><br>Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. D/B/A ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, AND CHOOSE LIFE MARKETING, LLC,<br><br>Defendants. | Case No. 1:24-cv-12283-JEK<br><br>The Hon. Julia E. Kobick<br>U.S. District Judge<br><br>*TRIAL BY JURY DEMANDED* |

**DEFENDANT CHOOSE LIFE MARKETING, LLC'S AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Choose Life Marketing, LLC ("Choose Life") submits this Answer to Plaintiff's Amended Complaint dated January 13, 2025.

**INTRODUCTION**

1. Choose Life denies the allegations of this paragraph.

2. Choose Life denies the allegations of this paragraph.

3. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

4. Choose Life denies the allegations of this paragraph.

5. Choose Life denies the allegations of this paragraph.

6. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

7. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

8. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

9. Choose Life denies the allegations of this paragraph.

10. Choose Life denies the allegations of this paragraph.

11. Choose Life denies the allegations of this paragraph.

12. Choose Life denies the allegations of this paragraph.

13. Choose Life denies the allegations of this paragraph.

14. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

15. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

16. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

17. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

18. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

19. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

20. Choose Life denies the allegations of this paragraph.

21. Choose Life denies the allegations of this paragraph.

## PARTIES

22. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

23. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

24. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

25. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

26. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

27. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

28. Choose Life admits the allegations of this paragraph.

## JURISDICTION

29. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

30. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

31. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

32. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

## FACTS

33. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

34. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

35. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

36. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

37. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

38. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

39. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

40. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

41. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

42. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

43. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

44. Choose Life admits the allegations of this paragraph.

45. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

46. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

47. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

48. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

49. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

50. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

51. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

52. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

53. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

54. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

55. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

56. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

57. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

58. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

59. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

60. Choose Life admits the allegations of this paragraph.

61. Choose Life admits the allegations of this paragraph.

62. Choose Life admits the allegations of this paragraph.

63. Choose Life admits to the extent that Abundant Hope paid Choose Life for services, but lacks knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

64. Choose Life admits to the extent that Abundant Hope paid Choose Life for services, but lacks knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

65. Choose Life denies the allegations of this paragraph to the extent that the sums paid were "significant," but admits to the remaining allegations.

66. Choose Life admits the allegations of this paragraph.

67. Choose Life admits the allegations of this paragraph.

68. Choose Life admits the allegations of this paragraph.

69. Choose Life admits the allegations of this paragraph.

70. Choose Life denies the allegations of this paragraph.

71. Choose Life admits the allegations of this paragraph.

72. Choose Life denies the allegations of this paragraph to the extent that it implies Choose Life employed each and every referenced technique.

73. Choose Life admits the allegations of this paragraph.

74. Choose Life admits the allegations of this paragraph.

75. Choose Life admits the allegations of this paragraph.

76. Choose Life admits the allegations of this paragraph.

77. Choose Life admits the allegations of this paragraph.

78. Choose Life denies the allegations of this paragraph.

79. Choose Life admits the allegations of this paragraph.

80. Choose Life admits the allegations of this paragraph.

81. Choose Life admits the allegations of this paragraph.

82. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

83. Choose Life denies the allegations of this paragraph.

84. Choose Life denies the allegations of this paragraph.

85. Choose Life denies the allegations of this paragraph.

86. Choose Life denies the allegations of this paragraph.

87. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

88. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

89. Choose Life admits the allegations of this paragraph.

90. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

91. Choose Life admits that Google advertisements are used, but denies the remaining allegations of this paragraph.

92. Choose Life admits the allegations of this paragraph. Choose Life denies that the webpages attached to the Amended Complaint as **Exhibit A** are true and accurate copies of images from the website.

93. Choose Life denies the allegations of this paragraph.

94. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

95. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

96. Choose Life denies the allegations of this paragraph.

97. Choose Life denies the allegations of this paragraph.

98. Choose Life denies the allegations of this paragraph.

99. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

100. Choose Life denies the allegations of this paragraph.

101. Choose Life admits the allegations of this paragraph.

102. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

103. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

104. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

105. Choose Life denies the allegations of this paragraph.

106. Choose Life denies the allegations of this paragraph.

107. Choose Life denies the allegations of this paragraph.

108. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

109. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

110. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

111. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

112. Choose Life denies the allegations of this paragraph.

113. Choose Life denies the allegations of this paragraph.

114. Choose Life admits the allegations of this paragraph.

115. Choose Life denies the allegations of this paragraph to the extent the website "directs" women to make an appointment. Choose Life admits as to the remainder of this paragraph.

116. Choose Life denies the allegations of this paragraph.

117. Choose Life denies the allegations of this paragraph.

118. Choose Life denies the allegations of this paragraph.

119. Choose Life denies the allegations of this paragraph.

120. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

121. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

122. Choose Life denies the allegations of this paragraph.

123. Choose Life denies the allegations of this paragraph.

124. Choose Life denies the allegations of this paragraph.

125. Choose Life denies the allegations of this paragraph.

126. Choose Life denies the allegations of this paragraph.

127. Choose Life denies the allegations of this paragraph.

128. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

129. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

130. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

131. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

132. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

133. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

134. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

135. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

136. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

137. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

138. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

139. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

140. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

141. Choose Life denies the allegations of this paragraph.

142. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

143. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

144. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

145. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

146. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

147. Choose Life denies the allegations of this paragraph.

148. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

149. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

150. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

151. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

152. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

153. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

154. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

155. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

156. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

157. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

158. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

159. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

160. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

161. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

162. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

163. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

164. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

165. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

166. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

167. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

168. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

169. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

170. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

171. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

172. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

173. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

174. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

175. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

176. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

177. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

178. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

179. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

180. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

**COUNT I**

**Lanham Act**

181. Choose Life incorporates the responses contained in the preceding paragraphs as if fully set forth herein.

182. This paragraph contains a legal statement to which no answer is required.

183. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

184. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

185. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

186. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

187. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

188. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

**COUNT II**

**Massachusetts Consumer Protection Act**

189. Choose Life incorporates the responses contained in the preceding paragraphs as if fully set forth herein.

190. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

191. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

192. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

193. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

194. This paragraph contains a legal statement to which no answer is required.

195. This paragraph contains a legal statement to which no answer is required.

196. This paragraph contains a legal statement to which no answer is required.

197. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

198. Choose Life denies knowledge and information sufficient to form a belief as to the truth of the allegations of this paragraph.

199. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

200. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

201. This paragraph contains a legal statement to which no answer is required. To the extent that an answer is required, Choose Life denies the allegations of this paragraph.

**DEFENSES & AFFIRMATIVE DEFENSES**

Without conceding that any of the following are properly characterized as affirmative defenses or that CLM bears the burden of proof on any of them, and without waiving any defense raised in CLM's Motion to Dismiss (ECF 64, 68) or Motion for Reconsideration (ECF 99), CLM asserts the following defenses to Plaintiff's Amended Complaint.

**FIRST DEFENSE**

202. Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted. Plaintiff cannot establish any of the elements of its claims.

**SECOND DEFENSE**

203. Plaintiff's claims are barred or limited, in whole or in part, by the First Amendment to the United States Constitution and Article 16 of the Massachusetts Declaration of Rights, to the extent Plaintiff seeks to impose liability or content- or viewpoint-based relief on protected political, ideological, medical, or public-concern speech.

**THIRD DEFENSE**

204. Plaintiff's claims are barred or limited to the extent they seek to impose liability for statements of opinion or for accurately characterized studies, medical warnings, or matters of legitimate scientific debate.

**FOURTH DEFENSE**

205. The speech at issue does not constitute "commercial advertising or promotion" within the meaning of the Lanham Act.

**FIFTH DEFENSE**

206. Plaintiff cannot prove the elements required under M.G.L. c. 93A, § 11, including trade or commerce, commercial interaction or business context, unfair or deceptive conduct, causation, or identifiable loss. Plaintiff's Chapter 93A claim is also barred or limited because no illegal actions or transactions occurred primarily and substantially within Massachusetts.

**SIXTH DEFENSE**

207. Plaintiff's claim under M.G.L. c. 93A, § 11 is barred or limited to the extent it seeks to impose liability on Choose Life for conduct, speech, services, decisions, or mission-driven activities attributable to Abundant Hope, a nonprofit entity whose challenged conduct falls outside Chapter 93A.

**SEVENTH DEFENSE**

208. The challenged advertising and website content was true, substantially true, or not misleading when read in context, including among other reasons in view of disclaimers appearing on the AWHC website and in Google abortion-related ad disclosures, including Google's "Does not provide abortions" disclosure where applicable.

**EIGHTH DEFENSE**

209. Plaintiff cannot prove materiality, actual deception, likelihood of deception of a substantial segment of the relevant audience, or any diversion of customers caused by Choose Life.

**NINTH DEFENSE**

210. Plaintiff cannot prove Article III injury, statutory standing under the Lanham Act, proximate causation, ascertainable loss under M.G.L. c. 93A, § 11, or recoverable damages caused by Choose Life.

**TENTH DEFENSE**

211. Choose Life is not, and at no relevant time was, the agent, joint venturer, partner, alter ego, or co-conspirator in any wrongful conduct with any other defendant, and no conduct of any other defendant may be imputed to Choose Life.

**ELEVENTH DEFENSE**

212. Choose Life is not responsible for Abundant Hope's independent operations, including in-person interactions with women at Abundant Hope's facility, telephone communications, pregnancy counseling, the provision of medical or pregnancy-related services, fundraising activities, decisions regarding the operation of Abundant Hope's facility, printed materials distributed at the facility, or any statements Choose Life did not create, approve, or control.

**TWELFTH DEFENSE**

213. To the extent relevant to enhanced damages, attorney's fees, equitable relief, constitutional limitations, or any claim requiring a culpable mental state, Choose Life did not engage in knowing, willful, reckless, or intentional misconduct and did not act with intent to deceive.

**THIRTEENTH DEFENSE**

214. Plaintiff's claims are barred or limited, in whole or in part, by laches and by any analogous statute of limitations.

**FOURTEENTH DEFENSE**

215. Plaintiff has failed to take reasonable steps to avoid, correct, or mitigate any harm it claims to have suffered.

**FIFTEENTH DEFENSE**

216. Plaintiff is barred from the equitable and injunctive relief it seeks by the doctrine of unclean hands.

**SIXTEENTH DEFENSE**

217. Plaintiff is not entitled to injunctive relief, including for lack of irreparable harm, lack of ongoing conduct by Choose Life, overbreadth, public-interest considerations, and constitutional prior-restraint and content-discrimination concerns.

**SEVENTEENTH DEFENSE**

218. Plaintiff is not entitled to disgorgement, an award of Choose Life's profits, multiple or treble damages, punitive or punitive-style relief, attorney's fees under the Lanham Act's "exceptional case" provision, 15 U.S.C. § 1117(a), attorney's fees under M.G.L. c. 93A, § 11, or any other award of penalties, fees, costs, or excess or exemplary damages.

Choose Life reserves the right to amend or supplement these defenses as permitted by the Federal Rules of Civil Procedure.

**PRAYER FOR RELIEF**

WHEREFORE, Choose Life respectfully requests that this Court:

(a) Deny any and all relief requested by the Plaintiff;

(b) Enter judgment in favor of Choose Life on all of Plaintiff's claims and dismiss the complaint with prejudice;

(c) Award Choose Life its attorneys' fees and expenses; and

(d) Award such other and further relief as the Court deems just and proper.

Respectfully submitted, this 14th day of May, 2026.

/s/ Peter Breen
Peter Breen†
Michael McHale†
Nathan Loyd†
Thomas More Society
309 W. Washington Street
Suite 1250
Chicago, IL 60606
(312) 782-1680
pbreen@thomasmoresociety.org
mmchale@thomasmoresociety.org
nloyd@thomasmoresociety.org
† admitted *pro hac vice*

/s/ Ryan P. McLane
Ryan P. McLane
(BBO# 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

*Attorneys for Defendant Choose Life Marketing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2026, I served a copy of the foregoing document upon the following counsel of record via CM/ECF:

Matthew D. Patton (BBO No. 703798)
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
(617) 338-9400
mdp@mass-legal.com

Martha Coakley (BBO # 87300)
Emily J. Nash (BBO #696460)
Caroline Holliday (BBO #707301)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mcoakley@foleyhoag.com
enash@foleyhoag.com

Brenna Rosen (pro hac vice)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

*Attorneys for Plaintiff*

Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street, Suite 408
Arlington, MA 02476
Tel: 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com

*Attorney for Defendants Abundant Hope Pregnancy Resource Center, d/b/a Attleboro Women's Health Center, Catherine Roman, Nicole Carges, and Darlene Howard*

Dated: May 14, 2026

/s/ Peter Breen
Peter Breen
*Attorney for Defendant Choose Life Marketing, LLC*