**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC. D/B/A ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, AND CHOOSE LIFE MARKETING, LLC,<br><br>Defendants. | Case No. 1:24-cv-12283-JEK<br><br>The Hon. Julia E. Kobick<br>U.S. District Judge |

**DEFENDANT CHOOSE LIFE MARKETING, LLC's UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7.1(b)(3), Defendant Choose Life Marketing, LLC (CLM), respectively moves for leave of court to submit the attached reply memorandum in support of its motion for reconsideration (Doc. 97) and in response to Plaintiff's memorandum filed in opposition to CLM's motion (Doc. 101). Plaintiff's opposition alleges CLM's supporting memorandum contains numerous "mischaracterization[s]" of the caselaw and this case. (*See* Doc. 101 at 1, 5, 6, and 8). CLM respectfully seeks leave to respond briefly to these and related arguments, and thus to provide further clarity in aid of this Court's adjudication of CLM's pending motion.

Respectfully submitted, this 18th day of May, 2026.

/s/ Peter Breen
Peter Breen†
Michael McHale†
Nathan Loyd†
Thomas More Society
121 W. Wacker Dr.
Suite 650
Chicago, IL 60601
(312) 878-7464
pbreen@thomasmoresociety.org
mmchale@thomasmoresociety.org
nloyd@thomasmoresociety.org
† admitted *pro hac vice*

/s/ Ryan P. McLane
Ryan P. McLane
(BBO# 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

*Attorneys for Defendant Choose Life Marketing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2026, I served a copy of the foregoing document upon the following counsel of record via CM/ECF:

Matthew D. Patton (BBO No. 703798)
Law Office of Nicholas F. Ortiz, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
(617) 338-9400
mdp@mass-legal.com

Martha Coakley (BBO # 87300)
Emily J. Nash (BBO #696460)
Caroline Holliday (BBO #707301)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
mcoakley@foleyhoag.com
enash@foleyhoag.com

Brenna Rosen (pro hac vice)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, New York 10019
brosen@foleyhoag.com

*Attorneys for Plaintiff*

Thomas M. Harvey
Law Office of Thomas M. Harvey
22 Mill Street, Suite 408
Arlington, MA 02476
Tel: 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com

*Attorney for Defendants Abundant Hope Pregnancy Resource Center, d/b/a Attleboro Women's Health Center, Catherine Roman, Nicole Carges, and Darlene Howard*

Dated: May 18, 2026

/s/ Peter Breen
Peter Breen
*Attorney for Defendant Choose Life Marketing, LLC*

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

The undersigned counsel certifies that counsel for Defendant Choose Life Marketing has conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel indicated that Plaintiff does not oppose this motion for leave to file a reply.

Dated: May 18, 2026

/s/ Peter Breen
Peter Breen
*Attorney for Defendant Choose Life Marketing, LLC*