UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, and DARLENE HOWARD, <br><br> Defendants. | Civil Action No: 1:24-cv-12283-JEK |

**NOTICE OF ATTORNEY'S FEES LIEN**

Ortiz & Moeslinger, P.C., pursuant to M.G.L. c. 221, § 50, hereby provides notice of and

asserts a lien in this case for the reasonable attorneys' fees and costs it has expended in

prosecuting this matter on behalf of Plaintiff.

Respectfully submitted,

ORTIZ & MOESLINGER, P.C.,

*/s/ Raven Moeslinger*

_____
Raven Moeslinger (BBO # 687956)
Nicholas F. Ortiz (BBO # 655135)
Ortiz & Moeslinger, P.C.
One Boston Place, Suite 2600
Boston, MA 02108
(617) 338-9400
rm@mass-legal.com

Dated:  June 3, 2026

1

## <u>CERTIFICATE OF SERVICE</u>

I, Raven Moeslinger, hereby certify that today I caused the foregoing document to be served on counsel for Plaintiff and Defendants via ECF.

*/s/  Raven Moeslinger*

_____

Raven Moeslinger