**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ABUNDANT HOPE PREGNANCY RESOURCE CENTER INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, and CHOOSE LIFE MARKETING, LLC, <br><br> Defendants. | Civil Action No: 1:24-cv-12283-JEK |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW BY CAROLINE HOLLIDAY

Pursuant to Local Rule 83.5.2(c), Caroline Holliday of Foley Hoag LLP respectfully moves to withdraw as counsel of record for Four Women Health Services, LLC ("Four Women") in this matter. As grounds for this motion, Attorney Holliday states that her last day of employment with Foley Hoag LLP will be July 24, 2026. Attorneys Emily J. Nash, Martha Coakley, Matthew Patton, and Brenna Rosen will continue to represent Four Women in this matter. Defendants provided their assent to this motion on July 16, 2026.

Dated: July 24, 2026

**Four Women Health Services, LLC**

By its attorney,

/s/ *Caroline Holliday*
Caroline Holliday (BBO #707301)
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA 02210
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
cholliday@foleyhoag.com

2

## **CERTIFICATE OF SERVICE**

I, Caroline Holliday, certify that on July 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to defendants by electronically serving its counsel of record.

/s/ *Caroline Holliday*
Caroline Holliday