**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FOUR WOMEN HEALTH SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABUNDANT HOPE PREGNANCY RESOURCE CENTER, INC., d/b/a ATTLEBORO WOMEN'S HEALTH CENTER, CATHERINE ROMAN, NICOLE CARGES, DARLENE HOWARD, and CHOOSE LIFE MARKETING, LLC,<br><br>Defendants. | Case No. 1:24-cv-12283-JEK<br><br>The Hon. Julia E. Kobick<br>U.S. District Judge |

**DEFENDANTS' MOTION TO CERTIFY INTERLOCUTORY ORDER FOR IMMEDIATE APPEAL AND TO STAY PROCEEDINGS**

Defendants Choose Life Marketing, LLC ("Choose Life"), Abundant Hope Pregnancy Resource Center, Inc. d/b/a Attleboro Women's Health Center ("Abundant Hope"), Catherine Roman, Nicole Carges, and Darlene Howard (the last four collectively, the "Abundant Hope Defendants") move the Court to certify its March 26, 2026 memorandum and order (Dkt. 94) for immediate appeal under 28 U.S.C. § 1292(b), to certify a question of Massachusetts law to the Supreme Judicial Court under its Rule 1:03, and to stay proceedings. All Defendants move as to question (a) which controls both Counts and (b) which controls Count I; Choose Life further moves as to question (c) and the alternative Supreme Judicial Court certification, which concern Count II, pending only against Choose Life; the Abundant Hope Defendants support that relief. Specifically, Defendants request that the Court:

1. Amend its March 26, 2026 memorandum and order to include the statement contemplated by 28 U.S.C. § 1292(b) and Fed. R. App. P. 5(a)(3), certifying for immediate appeal to the First Circuit

whether (a) advertising the charitable offering by a nonprofit of wholly free services is commercial speech, or is instead fully protected noncommercial speech; (b) the Lanham Act's requirement of speech made "with the intent of influencing potential customers to purchase the speaker's goods or services" can be satisfied where the advertised services are wholly free and the audience is asked to enter no transaction involving consideration; and (c) M.G.L. c. 93A § 11 reaches a marketing vendor that prepared and placed a nonprofit's advertising of its charitable offering of free services, where the nonprofit's activities are not "trade or commerce" and its own identical speech is therefore not actionable under the statute;

2. Alternatively, or in addition, certify to the Massachusetts Supreme Judicial Court, pursuant to its Rule 1:03, the question of Massachusetts law stated in the accompanying proposed order of certification, together with the statement of facts that Rule 1:03 requires; and

3. Stay all proceedings in this action, including discovery, pending (1) the Court's ruling on this motion; (2) if the Court certifies under § 1292(b), the First Circuit's decision whether to accept the appeal and, if it accepts, its decision on the merits; and (3) if the Court certifies to the Supreme Judicial Court, that court's answer. At a minimum, Defendants request a stay pending the Court's ruling on this motion and, if it certifies under § 1292(b), the First Circuit's decision whether to accept the appeal.

The grounds for this motion are set forth in the accompanying memorandum of law. Proposed orders accompany this motion.

Respectfully submitted, this 19th day of August, 2026.

/s/ Peter Breen
Peter Breen†
Michael McHale†
Nathan Loyd†
Thomas More Society
121 W. Wacker Drive, Suite 650
Chicago, IL 60601

(312) 782-1680
pbreen@thomasmoresociety.org
mmchale@thomasmoresociety.org
nloyd@thomasmoresociety.org
† admitted pro hac vice

/s/ Ryan P. McLane
Ryan P. McLane (BBO# 697464)
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com
*Attorneys for Defendant Choose Life Marketing, LLC*

/s/ Thomas M. Harvey
Thomas M. Harvey
Law Office of Thomas M. Harvey
993 Massachusetts Ave., Suite 306
Arlington, MA 02476
Tel: 617-710-3616; Fax 781-643-1126
tharveyesq@aol.com
*Attorney for Defendants Abundant Hope Pregnancy Resource Center Inc., Catherine Roman, Nicole Carges, and Darlene Howard*

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that he conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issues presented by this motion, including the requested stay. Plaintiff's counsel indicated that Plaintiff opposes the relief requested.

Dated: August 19, 2026 /s/ Peter Breen
Peter Breen

**CERTIFICATE OF SERVICE**

I certify that on August 19, 2026, I served a copy of the foregoing document upon counsel of record via CM/ECF.

Dated: August 19, 2026 <u>/s/ Peter Breen</u>
Peter Breen